UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SUSAN PINSKY,                                          :

                                  Plaintiff,    :       07 Civ. _____

              - against -                             :       **RULE 7.1 STATEMENT**

JP MORGAN CHASE & CO.,                        :

                                  Defendant.    :

-------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., incorrectly named herein as JP Morgan Chase & Co., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                    JPMorgan Chase & Co.

Dated: April 26, 2007

                                  **JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT**

                                  By:_____
                                    Frederic L. Lieberman (FL 9454)
                                  Attorneys for Defendant
                                  One Chase Manhattan Plaza, Floor 26
                                  New York, New York 10081
                                  (212) 552-1815

157478;v1