UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN PINSKY, :

                    Plaintiff, :

    - against - :

JP MORGAN CHASE & CO., :

                   Defendant. :

------------------------------------------------------------X

Index No. 104146/07

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2007 I caused a copy of the following documents:

**Rule 7.1 Statement
and
Notice of Removal**

to be served by first class mail directed to the attorney of plaintiff and the Clerk's Office to the following addresses:

    Arthur Z. Schwartz, Esq.　　　　　　　Clerk of the Court
    Schwartz, Lichten & Bright, P.C.　　　　Supreme Court of the State of New York
    275 Seventh Avenue, Suite 1700　　　　County of New York
    New York, New York 10001　　　　　　60 Centre Street
    　　　　　　　　　　　　　　　　　　　New York, New York 10007

Dated: April 26, 2007

                                          Frederic L. Lieberman (FL 9454)

157605:v1　　　　　　　　　　　　　　　2