UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

Susan Pinsky,

                    Plaintiff(s),                                    07 Civ. 03328 (CM) (HBP)

 -against-                                                           ORDER OF REFERENCE
                                                                     TO A MAGISTRATE JUDGE

JP Morgan Chase & Co.,

                    Defendant(s).

———————————————————————————X

The above entitled action is referred to the Honorable Henry B. Pitman, United States
Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,          _____ Consent under 28 U.S.C.
         discovery, non-dispositive pretrial motions,            §636(c) for all purposes
         and settlement                                          (including trial)

__✓__ Discovery Supervision                             _____ Social Security

_____ Specific Non-Dispositive Motion/Dispute:*       _____ Consent under 28 U.S.C.
                                                                 §636(c) for limited purpose
         _____                     (e.g., dispositive motion,
                                                                 preliminary injunction

         _____            Purpose:_____

_____ Settlement*                                     _____ Dispositive Motion (i.e., motion
                                                                 requiring a Report and
_____ Inquest After Default/Damages Hearing                    Recommendation

_____ Habeas Corpus                                   Particular Motion:_____

                                                        _____

                                                        All such motions:_____

_____

* Do not check if already assigned for general pretrial.

Dated:  5/7/07
        New York, New York                    SO ORDERED  _Mc Mahon_
                                              _Colleen Mc Mahon_____
                                              Hon. Colleen McMahon
                                              United States District Judge

SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/7/07