UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN PINSKY, :

                     ECF

                Plaintiff, :

                     07 Civ. 3328 (CM) (HP)

      - against - :

                     **STIPULATION OF**

JP MORGAN CHASE & CO., : **ADJOURNMENT**

               Defendant. :

------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for Defendant JPMorgan Chase Bank, N.A., incorrectly named herein as JP Morgan Chase & Co., to move, answer, object or otherwise plead against the Complaint in this action is extended from Thursday, May 3, 2007 to and including Tuesday, May 15, 2007.

Dated: May __2__, 2007           **SCHWARTZ, LICHTEN & BRIGHT, P.C.**

                                         By: _/s/ Arthur Z. Schwartz_
                                                Arthur Z. Schwartz, Esq.
                                        275 Seventh Avenue, Suite 1700
                                        New York, New York 10001
                                        (212) 228-6320

                                        Attorneys for Plaintiff

Dated: May __2__, 2007           **JPMORGAN CHASE LEGAL AND**
                                        **COMPLIANCE DEPARTMENT**

                                        By: _/s/ Frederic L. Lieberman_
                                                 Frederic L. Lieberman, Esq.
                                        Attorneys for Defendant
                                       One Chase Manhattan Plaza, 26th Floor
                                       New York, New York 10081
                                       (212) 552-1815

157736 v1

_5/9/2007_
_[signature] So Ordered_

ELECTRONICALLY FILED

FILED: 5/10/07

SO ORDERED:
May _____, 2007

_____
        U.S.D.J.

# JPMorganChase

JPMorgan Chase & Co.
Legal and Compliance Department
One Chase Manhattan Plaza
New York, NY 10081

Frederic L. Lieberman, Esq.
Vice President and
Assistant General Counsel
[212] 552-1815
[Fax] 552-1630

May 2, 2007



RECEIVED
MAY -2 2007
CHAMBERS OF
COLLEEN McMAHON

<u>Via Facsimile (212) 805-6326 and (914) 390-4152</u>

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Susan Pinsky v. JP Morgan Chase & Co.
       (U.S. Dist. Ct., S.D.N.Y., 07 Civ. 3328 (CM) (HP))

Your Honor:

  I am counsel for JPMorgan Chase Bank, N.A in the above-entitled action, which Defendant removed to this Court on April 26, 2007. Prior to Defendant's removal of this action from New York State Supreme Court, the parties entered into a Stipulation extending Defendant's time to respond to the Complaint from April 17, 2007 to May 15, 2007, a copy of which was attached to Defendant's Notice of Removal. Since Fed. R. Civ. P. 81(c) provides that, in a removal case, Defendant's time to respond to the Complaint extends only to five (5) days after removal, i.e., May 3, 2007, I am enclosing a copy of a Stipulation and Order extending the time for Defendant to respond to the Complaint from May 3, 2007 until May 15, 2007, in order to complete my investigation of Plaintiff's allegations and preparation of Defendant's Answer. The Stipulation will be filed with the Clerk via ECF. This is Defendant's first request for an extension of its time to respond to the Complaint in this Court.

157798.v1

Due to telephone issues in Plaintiff's counsel's new office, I was not able to speak with Mr. Schwartz until this morning. In that conversation, Mr. Schwartz consented to Defendant's request. I also am mailing a copy of this letter and the Stipulation to Mr. Schwartz rather than faxing or emailing to him because, in connection with his recent move of his offices, he is currently unable to receive faxed or email transmissions of these papers. Defendant respectfully requests that Your Honor "So Order" the Stipulation and Order.

Respectfully,

Frederic L. Lieber

FLL
Encl.
cc: Arthur Z. Schwartz, Esq.

157798·v1