UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN PINSKY,                                        :
                                                                          Index No. 104146/07
                                    Plaintiff,          :
                                                                          **CERTIFICATE OF SERVICE**
            - against -                                   :

JP MORGAN CHASE & CO.,                      :

                                    Defendant.      :

-----------------------------------------------------------------X

   I hereby certify that on June 4, 2007 I caused a copy of the following documents:

**DEFENDANT'S RULE 26 DISCLOSURE STATEMENT
DEFENDANT'S FIRST REQUEST TO PLAINTIFF FOR PRODUCTION OF
DOCUMENTS
DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
NOTICE OF DEPOSITION
AMENDED ANSWER AND COUNTERCLAIMS**

to be served by first class mail directed to the attorney of plaintiff at the following address:

   Arthur Z. Schwartz, Esq.
   Schwartz, Lichten & Bright, P.C.
   275 Seventh Avenue, Suite 1700
   New York, New York 10001


Dated: June 4, 2007

                                                                 Frederic L. Lieberman (FL 9454)

157605:v1