UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SUSAN PINSKY,                                        :

                Plaintiff,       :

       - against -                                :

JP MORGAN CHASE & CO.,                    :

               Defendant.      :

----------------------------------------------------------X

07 Civ. 3328 (CM) (HP)

**CONSENT SCHEDULING ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Upon consent of the parties, it is hereby

ORDERED as follows:

1. Rule 26(a) discovery must be exchanged on or before July 16, 2007.

2. No additional parties may be joined after July 31, 2007.

3. No amendments to the pleadings will be permitted after July 31, 2007.

4. All discovery shall be completed on or before December 31, 2007. (In personal injury, civil rights, employment discrimination or medical malpractice cases: plaintiff's deposition shall proceed first and must be completed by September 28, 2007.) "All discovery" includes expert discovery. This means that expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B) must be made *well before* the discovery deadline. Rule 26(a)(2) disclosures must be made no later than (for plaintiff's expert report): October 19, 2007; (for defendant's expert report) November 16, 2007.

5. Do not contact Judge McMahon about discovery disputes; go directly to your assigned Magistrate Judge. An order of reference to your assigned Magistrate Judge is attached to this consent scheduling order form. Please provide the Magistrate Judge with the Order of Reference on or before a scheduled appearance pertaining to discovery issues.

6. A joint pretrial order in the form prescribed in Judge McMahon's individual rules shall be filed on or before February 29, 2008, together with trial memoranda of law. The court will then schedule a final pre-trial conference. In limine motions must be filed within five days after receipt of notice of a final pre-trial conference; responses to in limine motions are due five days after the motions are made. Cases can be called for trial at any time after the final pre-trial conference.

158921.v1

7. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. *The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.*

8. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

9. Any party seeking damages from any other party must append to this statement a one-page addendum explaining the factual and legal basis for the claimed damages, explaining how you propose to prove damages and setting forth a calculation of anticipated damages.

10. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. *Counsel should not assume that extensions will be granted as a matter of routine.*

Dated: 6/26/07
New York, New York 10007

_____
Hon. Colleen McMahon
United States District Judge

Consented to:

SCHWARTZ, LICHTEN & BRIGHT, P.C.

By: _____
Arthur Z. Schwartz, Esq.
Attorneys for Plaintiff
275 Seventh Avenue, Suite 1700
New York, New York 10001
(212) 228-6320

JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT

By: _____
Frederic L. Lieberman, Esq.
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815

158921.v1                                2