UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................X

SUSAN PINSKY,                                    07 Civ. 3328 (CM)

          Plaintiff,

    - against -                                **STIPULATION AND ORDER**

JP MORGAN CHASE & CO.,

          Defendant.

............................X

    IT IS HEREBY STIPULATED AND AGREED that the plaintiff shall be permitted to file her First Amended Complaint.

Dated: August 21, 2007

| | |
|---|---|
| FREDERIC L. LIEBERMAN, ESQ. | SCHWARTZ, LICHTEN & BRIGHT |
| Attorney for Defendant | Attorneys for Plaintiff |
| *(signature)* | By: *(signature)* |
| One Chase Manhattan Plaza | Arthur Z. Schwartz (AZS 2683) |
| New York, New York 10081 | 275 Seventh Avenue 17th Floor |
| | New York, New York 10001 |

SO ORDERED:

_____ United States District Judge

9-12-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07