USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

SUSAN PINSKY,                          :

            Plaintiff,        :  07 Civ. 3328 (CM)(HBP)

  -against-                           :  ORDER

JP MORGAN CHASE & CO.,                 :

            Defendant.        :

---------------------------------X

      PITMAN, United States Magistrate Judge:

      A tape-recorded conference call having been conducted on October 10, 2007 during which a discovery dispute was discussed, for the reasons stated on the recording of the call, it is hereby ORDERED that plaintiff's application to compel the deposition of Tanya Lowy is granted. Defendant is directed to produce Ms. Lowy for her deposition on a date reasonably convenient to all parties within the next thirty (30) days.

Dated: New York, New York
      October 11, 2007

                                  SO ORDERED

                                  HENRY PITMAN
                                  United States Magistrate Judge

Copies transmitted to:

Arthur Z. Schwartz, Esq.
Schwartz, Lichten & Bright, PC
17th Floor
275 Seventh Avenue
New York, New York  10001

Frederic L. Lieberman, Esq.
Vice President and
   Assistant General Counsel
JPMorgan Chase & Co.
Legal and Compliance Department
One Chase Manhattan Plaza
New York, New York  10081