UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SUSAN PINSKY,

       Plaintiff,

- against -                                       07 Civ. 3328 (CM)(HP)

JP MORGAN CHASE & CO.,

       Defendant.

----------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

### ORDER WITHDRAWING THE COURT'S FEBRUARY 11, 2008 DECISION GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

McMahon, J.:

    On February 11, 2008, the Court issued an opinion granting defendant's motion for summary judgment, forgetting that on February 4, 2008, the Court had "memo endorsed" defendant's request to withdraw its summary judgment motion, without prejudice to the service and filing of an amended motion for summary judgment no later than February 29, 2008.

    The Court apologizes for the administrative error that led to the issuance of this decision. Plaintiff need not file a motion for reconsideration. The Clerk is directed to withdraw the Court's February 11, 2008 decision granting defendant's motion for summary judgment. As per the agreement between the parties, the filing date for a summary judgment motion addressed to the counterclaim and/or for the filing of a pre-trial order, is extended to March 30, 2008.

    This constitutes the decision and order of the Court.

February 19, 2008

                                                  _____
                                                        U.S.D.J.

BY ECF TO ALL COUNSEL