UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| SUSAN PINSKY, | : | ECF |
| Plaintiff, | : | 07 Civ. 3328 (CM) (HP) |
| - against - | : | **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO <u>FED. R. CIV. P. 56</u>** |
| JP MORGAN CHASE & CO., | : | |
| Defendant. | : | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the Complaint, filed March 27, 2007 in the Supreme Court of the State of New York, County of New York, the Amended Complaint, filed September 12, 2007, Defendant's Answer to the Amended Complaint, filed January 30, 2008, the annexed Affidavit of Frederic L. Lieberman, sworn to March 31, 2008, the annexed Affidavit of Lisa A. Jelinski, sworn to March 28, 2008, the annexed Affidavit of Elisabeth M. Wells, sworn to March 26, 2008, Defendant's Statement Pursuant to Local Civil Rule 56.1(a), the accompanying memorandum of law, and all the prior pleadings and proceedings heretofore had herein, Defendant JPMorgan Chase Bank, N.A., incorrectly named herein as JP Morgan Chase & Co., by and through its attorneys, the JPMorgan Chase Legal and Compliance Department, Frederic L. Lieberman, Assistant General Counsel, will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order and judgment, pursuant to Fed. R. Civ. P. 56, granting summary judgment in favor of Defendant and dismissing the Amended Complaint and the above-captioned action, and finding in favor of Defendant as to each of its Counterclaims on the

grounds that, on the undisputed material facts, Defendant is entitled to judgment as a matter of law, and for such other relief as this Court deems just and proper.

Dated: March 31, 2008

                                      Yours, etc.,

                                      **JPMORGAN CHASE LEGAL AND**
                                      **COMPLIANCE DEPARTMENT**

                                      By: _____
                                              Frederic L. Lieberman
                                      One Chase Manhattan Plaza, 26th Floor
                                      New York, New York 10081
                                      (212) 552-1815
                                      frederic.l.lieberman@jpmchase.com

                                      Attorneys for Defendant
                                      JPMorgan Chase Bank, N.A.

To:     Arthur Z. Schwartz, Esq.
          Schwartz, Lichten & Bright, P.C.
          275 Seventh Avenue, Suite 1700
          New York, New York 10001
          (212) 228-6320
          districtleader@msn.com

          Attorneys for Plaintiff