UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUSAN PINSKY,                                : ECF

                        Plaintiff,    : 07 Civ. 3328 (CM) (HP)

               - against -       : **AFFIDAVIT OF ELISABETH M. WELLS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

JP MORGAN CHASE & CO.,          :

                       Defendant.   :

------------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) SS.:
COUNTY OF NEW YORK )

ELISABETH M. WELLS, being duly sworn, deposes and says:

1. I am an Assistant General Counsel in the Office of the Secretary within the JPMorgan Chase Legal and Compliance Department. My duties in this position include responsibility for the JPMorgan Chase & Co. Code of Conduct.

2. I am familiar, based on personal knowledge, information and belief, and/or the records of the Defendant, with the facts and circumstances hereinafter set forth. I make this affidavit in support of Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56(b).

3. The JPMorgan Chase Code of Conduct requires that employees pre-clear "any outside activity for which you will be paid, including a second job" and "whether or not you will be paid, any affiliation with another business as a director, officer, advisory board member, general partner, owner, consultant, holder of 5% or more of the business' voting equity interests, or in any similar position." The Office of the Secretary maintains a record of outside activities

for which JPMorgan Chase employees have received pre-clearance. At the request of Frederic Lieberman, I reviewed the records of the Office of the Secretary to determine whether Susan Pinsky, Employee GID U474707, during her employment with JPMorgan Chase, ever received pre-clearance either to perform services for, hold any position with, or invest in, Tri-State Biodiesel, LLC.

4. According to the record maintained by the Office of the Secretary, Pinsky never received any pre-clearance from the Office of the Secretary regarding her performance of services for, or positions with, Tri-State Biodiesel, LLC.

5. According to the record maintained by the Office of the Secretary, Pinsky never received any pre-clearance from the Office of the Secretary regarding her equity interests in Tri-State Biodiesel, LLC.

*Elisabeth M. Wells*
ELISABETH M. WELLS

Sworn to before me this
26th day of March, 2008

*Denise G. Connors*
Notary Public

DENISE G. CONNORS
NOTARY PUBLIC, STATE OF NEW YORK
O. 01CO4961973 QUALIFIED IN NASSAU COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
MY COMMISSION EXPIRES FEB. 12 2010