# EXHIBIT

*resume for HELD position*

## Pinsky, Susan ☆ ⌂

**Application 030020886 - Home Equity Loan Officer**

| | | | | | |
|---|---|---|---|---|---|
| Step | **Hire** | Medium | **Online** | Recruiter | **E. Mentock** |
| Status | **Transfer** | Source | **Intranet** | Hiring Manager | **G. Hoeni** |
| Application Date | **Dec-05-2003** | Application Type | **External** | | |

## General Information

## Prescreening

Information provided by the candidate on December 5, 2003.

Disqualification Questions for: Home Equity Loan Officer

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Home Equity Loan Officer

| | Skills | At Least | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Residential real estate | | Intermediate | 1-3 years | Current | High | Met | | 0 / |
| 2. | Loans and mortgages | | Advanced | 1-3 years | 1-3 years ago | High | Met | | 0 / |
| 3. | Develop contact lists | | Expert | 5 years or + | Current | High | Met | | 0 / |
| 4. | Ensure compliance with government regulations | | Intermediate | 1-3 years | Current | High | Met | | 0 / |

Questions for: Home Equity Loan Officer

| Questions | | Required | Asset | Result |
|---|---|---|---|---|
| **1.** How many years of mortgage banking experience do you possess? | | | | |
| *Type: Single Answer* | | | | |
| **Answer \| Possible Answers** | | | | |
| None | | | | 0 / |
| Up to One Year | | | | 0 / |
| ▷ One to Three Years | | Met | | 0 / |
| Three to Five Years | | | | 0 / |
| More than Five Years | | | | 0 / |
| | Result for Question: | | | 0 / |
| **2.** How successful have you been in soliciting new business through the use of referrals and networking sources? | | | | |
| *Type: Single Answer* | | | | |
| **Answer \| Possible Answers** | | | | |
| Not at all successful | | | | 0 / |
| Somewhat successful | | | | 0 / |
| ▷ Very successful | | Met | | 0 / |
| | Result for Question: | | | 0 / |
| **3.** Please indicate the computer applications with which you have experience. | | | | |
| *Type: Multiple Answers* | | | | |
| **Answer \| Possible Answers** | | | | |
| ▷ Microsoft Word | | Met | | 0 / |

|  |  |  |
|---|---|---|
| ▷ Microsoft Excel | Met | 0 / |
| ▷ Microsoft PowerPoint | Met | 0 / |
| ▷ Microsoft Access | Met | 0 / |
| ▷ Microsoft Project | Met | 0 / |
| ▷ Lotus Notes | Met | 0 / |
| None of the above | | 0 / |
| Result for Question: | | 0 / |

**4.** Please select the highest level of education that you have completed:
*Type: Single Answer*

**Answer | Possible Answers**

|  |  |  |
|---|---|---|
| High School Diploma/GED | | 0 / |
| Associates Degree | | 0 / |
| ▷ Bachelors Degree | Met | 0 / |
| Masters Degree | | 0 / |
| Doctorate/JD | | 0 / |
| Trade School | | 0 / |
| None of the above | | 0 / |
| Result for Question: | | 0 / |

**5.** Please indicate the number of years of direct sales experience you have.

*Type: Single Answer*

**Answer | Possible Answers**

|  |  |  |
|---|---|---|
| None | | 0 / |
| Less than one year | | 0 / |
| One to three years | | 0 / |
| Three to five years | | 0 / |
| ▷ More than five years | Met | 0 / |
| Result for Question: | | 0 / |

**6.** Have you ever worked in an environment where you were required to meet departmental goals of quality and productivity?
*Type: Single Answer*

**Answer | Possible Answers**

|  |  |  |
|---|---|---|
| No | | 0 / |
| ▷ Yes | Met | 0 / |
| Result for Question: | | 0 / |

**7.** Are you at least 18 years of age?

*Type: Single Answer*

**Answer | Possible Answers**

|  |  |  |
|---|---|---|
| ▷ Yes | | 0 / |
| No | | 0 / |
| Result for Question: | | 0 / |

**8.** If you are not at least 18 years of age, are you authorized to work or, if necessary, can you obtain working papers?
*Type: Single Answer*

**Answer | Possible Answers**

|  |  |  |
|---|---|---|
| ▷ Not applicable | | 0 / |
| Yes | | 0 / |
| No | | 0 / |
| Result for Question: | | 0 / |

**9.** Do you have the legal right (i.e. appropriate documentation/work permit) to work in the location in which you are expressing an interest?
*Type: Single Answer*

**Answer | Possible Answers**

| | | | |
|---|---|---|---|
| ▷ | Yes | 0 | / |
| | No | 0 | / |
| | Result for Question: | 0 | / |

**10.** Are you currently employed by JPMorgan Chase or have you previously been employed by JPMorgan Chase, JPMorgan, Chase Manhattan Corporation, Chemical Banking Corporation, Manufacturers Hanover Corporation or any of their subsidiaries or affiliates?
*Type: Single Answer*

**Answer | Possible Answers**

| | | | |
|---|---|---|---|
| | Yes | 0 | / |
| ▷ | No | 0 | / |
| | Result for Question: | 0 | / |

**11.** In what languages are you proficient or fluent?

*Type: Multiple Answers*

**Answer | Possible Answers**

| | | | |
|---|---|---|---|
| | Arabic | 0 | / |
| | Bengali | 0 | / |
| | Chinese (Cantonese) | 0 | / |
| | Chinese (Mandarin) | 0 | / |
| | Chinese (Other) | 0 | / |
| ▷ | English | 0 | / |
| | French | 0 | / |
| | German | 0 | / |
| | Gujrati | 0 | / |
| | Hindi | 0 | / |
| | Italian | 0 | / |
| | Japanese | 0 | / |
| | Korean | 0 | / |
| | Portuguese | 0 | / |
| | Punjabi | 0 | / |
| | Spanish | 0 | / |
| | Urdu | 0 | / |
| ▷ | Other (please specify in profile) | 0 | / |
| | Result for Question: | 0 | / |

| | Required | Asset | Res |
|---|---|---|---|
| **Total for Skills and Questions:** | **11/11** | **4/4** | **0** |

## Screening

There is no service information to display.

## Resume

Information provided by the candidate on December 5, 2003.

**Candidate Personal Information**
**Pinsky, Susan (354402)**

| Employee Number | Social Security Number | Date of Birth |
| --- | --- | --- |
| **U474707** | **Not Specified** | **Not Specified** |

| Address | Home Phone Number | Cellular Number |
| --- | --- | --- |
| **241 3rd ave** | **917-676-8556** | **Not Specified** |
| **NY** | Work Phone Number | Pager Number |
| **New York, New York** | **212-481-0643** | **Not Specified** |
| **United States, 10003** | Email Address | Fax Number |
| Region | **susan.pinsky@jpmchase.com** | **Not Specified** |
| **US>NY>New York** | Web Page Address | |
| | **Not Specified** | |

Middle / Other name

**Not Specified**

To assist the Firm with its merger redeployment efforts, please indicate if your most recent position with JPMC has been eliminated.

**Yes**

If yes, please indicate month/year you were notified of job elimination.(mmm-yyyy)

**Jun-2005**

**If you were referred by an employee of JPMorgan Chase, please enter their name below.**

**Not Specified**

Former JPMC Intern

**Not Specified**

Alternate Email Address

**Not Specified**

Source - for University Recruiting

**Not Specified**

| School Address (Line 1) | School - City |
| --- | --- |
| **Not Specified** | **Not Specified** |

| School Address (Line 2) | School - State or Province |
| --- | --- |
| **Not Specified** | **Not Specified** |

School - Zip/Postal Code

**Not Specified**

| SAT Math | SAT Verbal | SAT Written |
| --- | --- | --- |
| **Not Specified** | **Not Specified** | **Not Specified** |

**Attached Files**
No Information Available

**Education**
**Liberal Arts, English, Psychology**

Education Level

**Bachelor's Degree (±16 years)**

Institution

**Bernard Baruch**

GPA

**Not Specified**

Secondary school qualification (only if associated to school above, US candidates need not complete)

**Not Specified**

Please provide any other pertinent details regarding your education

**Not Specified**

Degree Type

**Not Specified**

**Work Experience**
**Assistant Financial Advisor**

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| **JP Morgan Chase** | **Not Specified** | **Not Specified** |

Achievements

**I assist in the management of five hundred and eighty high net worth private client accounts. I service and maintenance relationships, brokerage accounts, IRA's, Trusts, Fee Based, Transactional and Insurance business. I work with the Financial Advisor on investment strategies, profiling clients and financial planning. I work on strategies with the PFA to capture additional monies from active clients and to help cultivate new relationships. I execute trades for equity, fixed income and mutual funds. I update and maintain client databases, tracking systems, treasury maturity and bond redemptions.**

| Currency | Last Base Salary | Last Bonus/Incentive Amount |
|---|---|---|
| **Not Specified** | **Not Specified** | **Not Specified** |

Reason for Leaving

**Not Specified**

**From  Nov-2002  to  (Not Specified)**

**Additional Information**
**Career Objectives**

**Thank you for taking the time to consider me for this position. I believe that this position is a tremendious opportunity where I can use my previous experience to identify opportunities to increase production as well as add value and become a an integral part of your team.**

**Supplementary Comments**
No information available

**Pasted Cover Letter**
No information available

**Pasted Resume**

**SUSAN PINSKY**
**212-477-4481* 241 Third Ave. Apt. #1 New York, NY 10003**
**susan.x.pinsky@chase.com**

**EXPERIENCE:**
**11/02 ▯  Present JP Morgan Chase**
**Assistant Financial Advisor**
**I assist the PFA in managing five hundred and eighty high net worth private client accounts. I service and maintenance relationships, brokerage accounts, IRA's, Trusts, Fee Based, Transactional and Insurance business. I work with the Financial Advisor on investment strategies, profiling clients and financial planning. I write and execute marketing plans to capture additional monies for active clients and to cultivate new relationships. I execute trades for equity, fixed income and mutual funds. I update and maintain client databases, tracking systems, treasury maturity and bond redemptions.**

**6/00 ▯  11/01 Merrill Lynch**
**Financial Advisor**

Provided comprehensive wealth management to high net worth individuals, specializing in asset management, financial based planning, institutional cash management, pension and benefit planning, mortgage, home equity loans and refinancing products. Developed strategic asset allocation models based on client investment time horizons, goals and risk tolerance; conveyed the benefits of a wide array of fee-based products as alternatives to conventional brokerage services. Developed and conducted seminars on Trust and Estate products and financial planning. Utilized technical analysis databases (Bloomberg, Morning Star, ML internal) to do quantitative and comparative analysis of client portfolio holdings.

**10/99 ▯ 6/00 Jobs.com**
**NY Metro Account Manager**
**Internet Employment Solutions Provider**
Accepted a newly created sales position targeted to increase growth in the NY Metro area. Sold an e-commerce solution based package focused on reducing corporate employment and hiring costs. Established and developed long-term client relationships, Developed an effective prospecting approach. Client base included government, financial, pharmaceutical and PR organizations.

**6/99 ▯ 10/99 Excel Partners**
**Senior Technical Recruiter**
**Solutions based consulting firm specializing in ERP software applications**

**6/97 ▯ 3/99 Interim Technology, The Consulting Group**
**Technical Recruiter**
Service and solutions based technology-consulting firm
Recruited technical staff at all levels such as Software Testers, Application Programmers, Project Managers, Business Analysts and Network/Operations personnel. Duties included sourcing, interviewing, administering computerized testing (Teckchek), reference checking, preparing resumes, scheduling interviews with clients, follow-up calls and closing, contract negotiations, signing contract consultants and cold calling; built an extensive network of consultants; developed ad campaigns for Internet and other forms of creative marketing; researched candidates within a pool of sophisticated and advanced network of professionals via the Internet and membership in technical and professional organizations; utilized a computer applicant tracking system designed to reduce overall recruiting administration.

**Education: Bernard Baruch College, BA in Liberal Arts**
**Licenses: Series 7, Series 66, Life & Health Insurance**
**Computer Skills: Windows, PC's, Word, Lotus Notes, Excel, FIBSI, Teleview, Streetscape, Stratweb, Custom, Siebel, Power Point, Microsoft Office, Outlook, ACT, Front Page, Dreamweaver, Fireworks, Databases and Internet.**

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| **030020886—Home Equity Loan Officer** | | | | |
| 01-13-04 12:41 PM | Hired | Start Date: Feb 1, 2004 | | Evelyn M Mentock |
| 01-13-04 12:41 PM | Status changed to New Hire | Candidate File Snapshot | | Evelyn M Mentock |
| 01-08-04 06:33 PM | Status changed to Offer Pending | | | Evelyn M Mentock |
| 01-08-04 06:33 PM | Moved to step Offer | Candidate File Snapshot | | Evelyn M Mentock |
| 12-12-03 02:32 PM | Status changed to Under final consideration in step Manager Interview | | | Evelyn M Mentock |
| 12-12-03 02:32 PM | Status changed to Pending | | | Evelyn M Mentock |
| 12-12-03 02:32 PM | Moved to step Manager Interview | Candidate File Snapshot | Interviewed with Mgr. on 12/10/03. | Evelyn M Mentock |
| 12-08-03 06:39 PM | Comments added | | 12/8/03 left message to set up interview with manager on 12/10/03. | Evelyn M Mentock |
| 12-08-03 | Status changed to To | | | Evelyn M |

| Time | Action | Detail | | Name |
|---|---|---|---|---|
| 04:10 PM | be HM screened | | | Mentock |
| 12-08-03 04:10 PM | Moved to step Submit to Manager | Candidate File Snapshot | | Evelyn M Mentock |
| 12-05-03 02:47 PM | Status changed to In prescreening process | | | Evelyn M Mentock |
| 12-05-03 02:47 PM | Moved to step Reviewed | Candidate File Snapshot | | Evelyn M Mentock |
| 12-05-03 01:32 PM | Correspondence sent | Job-Specific Application Acknowledgement - Home Equity Loan Officer-030020886 at JPMorgan Chase | | System |
| 12-05-03 09:13 AM | Applied online | Internal (Intranet) | | Candidate or agent |

## Profile

Information provided by the candidate on December 5, 2003.

Application Medium

How did we learn about this candidate?  **Online**

Source Tracking

Source Type
 **Company Web Site**

Source
 **Intranet**

Please e-mail me job opportunities that match my profile.  **Yes**

**Basic Profile**

Job          **Asset Management**

             **Investment Banking**

             **Operations**
               **Other**

             **Relationship Management/Sales**
               **Client Management**
               **Consumer Investments**
               **Loan Origination**

             **Sales/Trading/Research**

Location      **United States**
               **New York**
                 **New York**
                   **1 CMP / 03425**
                   **2 Chase Plaza / 03423**
                   **270 Park Avenue / 02317**
                   **270 Park Avenue Branch / 02317**
                   **345 Park Avenue / 00783**
                   **522 Fifth Avenue / 00736**
                   **64th & Madison / 03085**
                   **Art Deco Branch / 01963**
                   **Garment Center / 03302**
                   **Madison Ave & 57th St Branch / 03347**
                   **Third Ave and 51st St / 02112**

Organization  **Asset & Wealth Management**
               **Global Investment Management**
                 **IM Americas**
                   **Investment Products**

             **zzz - Inactive Organization**

**zz-INACTIVE Self Directed Investor (SET00 00L 025 021 020)**
**zz-INACTIVE WHEM Sales (SET00 00N 027 016 013)**

| | | |
|---|---|---|
| Job Level | Schedule | Education |
| **Not Specified** | **Full-time** | **Bachelor's Degree (±16 years)** |
| Employee Status | Shift | Advance Notice |
| **Not Specified** | **Day Job** | **No Notice Necessary** |
| Job Type | Min. Ann. Salary | Travel |
| **Standard** | **75,000.00 USD** | **Yes, 100 % of the Time** |
| Date of Availability | | |
| **02-01-05** | | |

## Profiler Questionnaire
Disqualification Questions

| **Questions** | **Result** |
|---|---|

No questions are associated to the general profile of this candidate.

Skills

| | **Skills** | **At Least** | **Proficiency** | **Experience** | **Last Used** | **Interest** |
|---|---|---|---|---|---|---|
| 1. | Provide clients with information, data, and advice | | Advanced | 1-3 years | Current | High |
| 2. | Develop contact lists | | Expert | 5 years or + | Current | High |
| 3. | Sell products and services | | Expert | 1-3 years | Current | High |
| 4. | Generate ideas for products or services development | | Intermediate | 1-3 years | Current | High |
| 5. | Obtain and process information required to provide services | | Expert | 1-3 years | Current | High |
| 6. | Buy and sell securities for clients | | Expert | 3-5 years | Current | High |
| 7. | Provide investment information and service to clients | | Expert | 3-5 years | Current | High |
| 8. | Manage difficult situations with customers | | Expert | 5 years or + | Current | High |

Questions

**Questions**

1. In what languages are you proficient or fluent?

*Type: Multiple Answers*

**Answer | Possible Answers**

- Arabic
- Bengali
- Chinese (Cantonese)
- Chinese (Mandarin)
- Chinese (Other)
- ▷ English
- French
- German
- Gujrati
- Hindi
- Italian
- Japanese
- Korean
- Portuguese
- Punjabi
- Spanish
- Urdu

▷   Other (please specify in profile)

**2.** Do you have the legal right (i.e. appropriate documentation/work permit) to work in the location in which you are expressing an interest?
*Type: Single Answer*

**Answer | Possible Answers**
  ▷   Yes
      No

**3.** For U.S. positions only: Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986? (Applicants to positions outside of the U.S. please choose N/A)
*Type: Single Answer*

**Answer | Possible Answers**
      Yes
      No
      N/A

**4.** For U.S. positions only: Will you presently or in the future require sponsorship for employment visa status (e.g. H-1B status)? (Applicants to positions outside of the U.S. please choose N/A)
*Type: Single Answer*

**Answer | Possible Answers**
      Yes
      No
      N/A

**5.** For U.S. positions only: (Applicants to positions outside of the U.S. please respond N/A) Is any additional information relative to change of name, use of an assumed name or nickname necessary to enable a check on your arrest/conviction, work or school records? If yes, please provide other names used with dates in the following format: (first/middle/last) Date (mm/yyyy) or N/A if not applicable.
*Type: Text Answer*

**Answer**

**6.** For U.S. positions only: (Applicants to positions outside of the U.S. please respond N/A) Are you related to an employee of J.P. Morgan Chase & Co. or Bank One including any subsidiaries or affiliates? If yes, please specify the name of related employee. If no, please respond N/A.
*Type: Text Answer*

**Answer**

**7.** For U.S. positions only: (Applicants to positions outside of the U.S. please respond N/A) Have you ever been convicted of, or plead guilty to, an offense other than a minor traffic violation? Include offenses for which you pled no contest or received probation; you may exclude convictions which have been ordered fully expunged (i.e. removed from your criminal record by a specific court order) or sealed by a court of law. (Offenses involving the possession or use of false identification for underage drinking and similar offenses should be disclosed. Offenses for driving under the influence, and driving while impaired DO NOT need to be disclosed unless the position for which you are applying requires driving as a routine job duty.) If yes, please explain. If no, please respond N/A.
*Type: Text Answer*

**Answer**

**8.** For U.S. positions only: (Applicants to positions outside of the U.S. please respond N/A) Have you entered on or after November 29, 1990, any program of court supervision or deferred prosecution or some other pre-trial diversion or similar program for an offense involving theft, breach of trust, dishonesty, money laundering, or the illegal manufacture, sale, distribution or trafficking of drugs? If yes, please explain. If no, please respond N/A.
*Type: Text Answer*

**Answer**

**9.** For U.S. positions only: (Applicants to positions outside of the U.S. please choose N/A) Are you currently under indictment for, or do you currently have any pending criminal charge for any offense, including but not limited to, offenses involving theft, breach of trust, dishonesty, money laundering or the illegal manufacture, sale, distribution or trafficking of drugs? If yes, please specify. If no, please respond N/A.
*Type: Text Answer*

**Answer**

**10.** Eligibility Requirements

In accordance with the Job Posting Policy, to apply for a position, you'll need to meet four requirements:

1. You must have the minimum skills and experience stated in the job posting.

2. You must have been in your current position for at least one year OR have your manager's approval to apply for another position.
Exception: No approval is needed if your current position has been eliminated.

3. You must have received a rating of "Meets expectations", "Satisfactory" or higher on your most recent performance review.

4. You are not currently on written warning.

Do you meet the four eligibility requirements listed above?
*Type: Single Answer*
**Answer | Possible Answers**
   ▷  Yes
      No

**11.** Are you at least 18 or if you are under 18 years of age, are you authorized to work in the state for which you are applying?

*Type: Single Answer*

**Answer | Possible Answers**
      Yes
      No

**12.** Have you previously been employed by or worked on the premises of JPMorgan Chase or any of its predecessor organizations? If yes, specify by whom, under what name you worked there, and what the dates were of your employment. If no, respond N/A.
*Type: Text Answer*

**Answer**

**13.** Have you ever been refused, or had revoked, bonding coverage at a previous employer? (Bonding coverage refers to a type of insurance carried by employers.)

Please respond - No or Yes. If yes, provide full explanation in the box provided.
*Type: Text Answer*

**Answer**

**14.** Consistent with its obligations under the Americans with Disabilities Act of 1990 and applicable state and local laws, JPMorgan Chase will provide a reasonable accommodation for the known disabilities of job applicants. If you require a reasonable accommodation during the application process, please inform either the recruiter or line manager who contacts you for a specific opportunity.

I hereby affirm that I have provided complete and accurate answers to all of the questions above and that all of the information I will provide with this profile is accurate. Note: Providing inaccurate or incomplete answers or information may result in corrective action up to and including termination or disqualification from consideration for employment.
*Type: Single Answer*

**Answer | Possible Answers**
      Yes
      No

## Regulations

### U.S. Equal Employment Opportunity / Affirmative Action Information

**The information already provided has been hidden for confidentiality reasons.**
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.

- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
*The information under this heading has been provided by the candidate*

Gender
*The information under this heading has been provided by the candidate*

Vietnam Era Veterans and Other Veterans
*The information under this heading has not been provided.*

Special Disabled Veterans
*The information under this heading has not been provided.*

Persons with Disabilities
Do you consider yourself a person with a disability?
*The information under this heading has not been provided.*

# EXHIBIT 2

**Susan Pinsky**

susan.pinsky@jpmchase.com
241 Third Avenue, NY, NY 10003
W# 212.638.1958 C# 917.676.8556

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+

**JP Morgan Chase**                                                       *2002 – Present*
*Associate Home Equity Specialist, Assistant Treasurer*                   *02/04*
- #1 producer in Downtown Manhattan East Territory
- Average monthly bookings exceeded 200% of Goal for 2nd Semester 2004
- 01/05 Promoted to top 5 NYC mega branch. Doubled monthly production to over 10mm in total credit, first month of production
- Manage pipeline average of 120 applicants

*Assistant Personal Financial Advisor*                                    *11/02 – 02/04*
- Helped manage an excess of 50mm in assets and achieved over 600k in production.
- Maintained client relations, brokerage accounts, IRA's, Trusts, Fee Based, and Insurance
- Helped strategize investment tactics, profiling, and cross-selling with the PFA
- Wrote and executed marketing plans to upsell current clients and acquire new ones
- Executed trades for equity, fixed income and mutual funds
- Maintained client databases, tracking systems, treasury maturity and bond redemptions

**Merrill Lynch**                                                         *06/00 – 11/01*
*Financial Advisor Trainee*
- Provided comprehensive wealth management to high net worth individuals
- Developed strategic asset allocation models based on client investment time horizons, goals and risk tolerance; analyzed holdings using Bloomberg, Morning Star, internal databases
- Created and hosted seminars on Trust & Estate products and financial planning

**Jobs.com (Internet Employment Solutions Provider)**                     *10/99 – 06/00*
*NY Metro Account Manager*
- Sold e-commerce package focused on reducing corporate employment and hiring costs
- Handled sales for NY Metro area to government, financial, pharmaceutical, recruiting firms

**Interim Technology, the Consulting Group**                              *06/97 – 03/99*
*Technical Recruiter*
- Recruited Software Testers, Project Managers, Business Analysts and Network/Ops personnel
- Managed recruiting administration via computer applicant tracking software

**Howard Sloan Koller, Executive Search**
*Senior Researcher*                                                       *08/94 – 06/97*
- Researched and Recruited Advertisement Executives
- Interviewed, assessed and recommended for retainer based positions

**Bernard Baruch College** BA in Liberal Arts **Licenses:** Series 7, Series 66 and Life Insurance **Computer:** Windows, Lotus Notes, Excel, System 1, ACAPS, Teleview, POS, Streetscape, Stratweb, Custom, Interlink, Siebel, Power Point, Microsoft Office, ACT, Databases, Internet **Charity:** Board Member, African Services; Volunteer, Chase On-Deck; Event Coordinator, JDF, Cure Lupus Now, Susan G Komen, Leukemia & Lymphoma Foundation, NYC Cares

# EXHIBIT 3

## Home Equity Loan Officer

Description:
The Home Equity Loan Officer supports all aspects of the Home Equity Sales process within their assigned territory. Primary Responsibilities include:
- Develop referrals from Chase Business Partners and generate new business
- Train/Coach RFS,PFS and SBFS staff in managed branches
- Receive and process branch generated Home Equity leads
- Develop CHEP/Affinity opportunities within assigned markets

Qualifications:
- BS/BA degree is preferred
- 2+ years experience with home finance sales
- Knowledge of home lending industry and credit principals
- Strong presentation, interpersonal and organizational skills
- Ability to work independently and in groups to generate results
- Demonstrated ability to grow sales
- Ability to resolve problems and provide superior customer service
- Sales and consulting skills required
- Excellent written and oral communication skills
- PC skills, i.e. Word& Excel



**EXHIBIT 4**

accessHR: HR Policies - Disability and Reasonable Accommodation



access    Sameera Shaikh | Sign Out |

■Benefits ■Pay & Recognition ■Learning & Development ■Diversity ■Work-Life Solutions ■HR Policies Tools & Resources

**HR Policies > Disability and Reasonable Accommodation**

# Disability and Reasonable Accommodation


Terms to Know

At JPMorgan Chase, we recognize that having a diverse workforce makes good business sense. We are committed to the inclusion of persons with disabilities in our workforce, and value their contributions and perspectives.

We do not discriminate on the basis of any known protected physical or mental disability, any history of disability, any perceived disability or a relationship or association with someone with a known disability. This policy applies to all aspects of recruitment, hiring, assignment, training, promotion, transfer and other aspects of employment.

- Requesting and Providing Reasonable Accommodation
- Reporting Complaints or Concerns

**Requesting and Providing Reasonable Accommodation**
JPMorgan Chase is committed to providing necessary and reasonable accommodations with respect to a known physical or mental disability of a qualified applicant or employee when needed to apply for a position or perform essential job functions. A reasonable accommodation is a change in the work environment or in the way "things are usually done" including, but not limited to, leave time, specialized equipment, etc., that enables a qualified person with a disability to perform the essential functions of his or her job and which does not cause an undue hardship to JPMorgan Chase or involve a significant risk to the health or safety of the individual with a disability or others. The reasonableness of an accommodation and the issue of undue hardship to the firm are evaluated on a case-by-case basis.

If you have a protected disability and need an accommodation to perform the essential functions of your job, you should contact your Human Resources Business Partner or Employee Relations Specialist. You may be asked to provide medical certification to the firm's Health Services Department. Any documentation you provide will be kept confidential and will be retained in a file separate from your personnel records.

In response to your request for a reasonable accommodation to perform the essential functions of your job, your Human Resources Business Partner or Employee Relations Specialist will work together with you and your manager to evaluate your request and determine whether a reasonable accommodation is necessary and appropriate. They may also collaborate with the firm's medical professional staff and possibly other resources, e.g., our internal Access Ability Resource Center, and external organizations that specialize in providing resources for persons with disabilities.

Return to Top

**Reporting Complaints or Concerns**
If you believe you have been discriminated against on the basis of a protected disability, including any failure to provide a necessary and reasonable accommodation, you should immediately notify your Human Resources Business Partner or Employee Relations Specialist. Retaliation against

JPMC 0102

anyone who makes a complaint or requests an accommodation is prohibited.

In addition, Employee Relations and the Access Ability Resource Center are available to all employees, managers and Human Resources colleagues to answer any questions and to facilitate the implementation of this policy.

 Return to Top

## Last Update Date: 07/01/04

Return to Top

**Home| HR News| Search| Site Map| Help| Feedback**    ©2005 J.P. Morgan Chase and Co. All rights reserved.

JPMC 0103

JPMorganChase ⬤    ▶ My Links        **Todd Gutfleisch**        JPM 45.08 ▼ 0.94 18:01
                                My Profile ; Change User                      EDT

Company Home   )   HR & Personal   )   ⌐Workplace      )(   OGC      )              People    [        ] ⬤
                                    ⌐Resources                                   Search
                    · HR Policies    · HR & Personal Index    · Feedback · Site Map    Search     [        ] ⬤
                                                                              Intranet

**HR & Personal Home**

**Web Centers & Toolkits**

**Pay & Benefits**

**Career & Work**

HR Policies

 What It Means to Work at
 JPMorgan Chase

  EEO and Affirmative
  Action

  Harassment-free
  Workplace

  **Disability and**
  **Reasonable**
  **Accommodation**

  Alcohol-free and Drug-
  free Environment

  Employment of Relatives

  Criminal Convictions

  Weapons

**Education & Training**

**Life & Well-Being**

**Employee Discounts &**
**Banking**

**JPMorgan Chase**
**Culture & Community**

**Life Event Guides**

# Disability and Reasonable Accommodation

Home > Career & Work > HR Policies > What It Means to Work at JPMorgan Chase > **Disability**
**and Reasonable Accommodation**                                                    🖶 print friendly

At JPMorgan Chase, we recognize that having a diverse workforce makes
good business sense. We are committed to the inclusion of persons with
disabilities in our workforce, and value their contributions and
perspectives.

We do not discriminate on the basis of any known protected physical or
mental disability, any history of disability, any perceived disability or a
relationship or association with someone with a known disability. This
policy applies to all aspects of recruitment, hiring, assignment, training,
promotion, transfer and other aspects of employment.

 • Requesting and Providing Reasonable Accommodation
 • Reporting Complaints or Concerns

**Requesting and Providing Reasonable Accommodation**
JPMorgan Chase is committed to providing necessary and reasonable
accommodations with respect to a known physical or mental disability of
a qualified applicant or employee when needed to apply for a position or
perform essential job functions. A reasonable accommodation is a
change in the work environment or in the way "things are usually done"
including, but not limited to, leave time, specialized equipment, etc.,
that enables a qualified person with a disability to perform the essential
functions of his or her job and which does not cause an undue hardship
to JPMorgan Chase or involve a significant risk to the health or safety of
the individual with a disability or others. The reasonableness of an
accommodation and the issue of undue hardship to the firm are
evaluated on a case-by-case basis.

If you believe you have a protected disability and need an
accommodation to perform the essential functions of your job, you
should contact your Human Resources Business Partner. You may be
asked to provide medical certification to the firm's Health Services
Department. Any documentation you provide will be kept confidential
and will be retained in a file separate from your personnel records.

In response to your request for a reasonable accommodation to perform
the essential functions of your job, your Human Resources Business
Partner will work together with you and your manager to evaluate your
request and determine whether a reasonable accommodation is
necessary and appropriate. They may also collaborate with the firm's
medical professional staff and possibly other resources, e.g., our internal
Access Ability Resource Center, and external organizations that
specialize in providing resources for persons with disabilities. Please note
that an accommodation may be provided without a determination of your
eligibility for a reasonable accommodation.

▲ Return to Top

**Reporting Complaints or Concerns**
If you believe you have been discriminated against on the basis of a
protected disability, including any failure to provide a necessary and
reasonable accommodation, you should immediately notify your Human
Resources Business Partner or Employee Relations Advice Connection.
You may contact Employee Relations Advice Connection at 1-888-703-
5555. Retaliation against anyone who makes a complaint or requests an

**Related Links**

 ┌─────────────────┐
 │ Terms to Know   │
 └─────────────────┘

*JPMC* **0104**

accommodation is prohibited.

In addition, Employee Relations and the Access Ability Resource Center
are available to all employees, managers and Human Resources
colleagues to answer any questions and to facilitate the implementation
of this policy.

▲ Return to Top

**Last Update Date:** 03/23/05

| Tokyo | Hong Kong | Mumbai | London | Sao Paulo | New York |
|-------|-----------|--------|--------|-----------|----------|
| 8:56 PM | 7:56 PM | 5:26 PM | 12:56 PM | 8:56 AM | 7:56 AM |
| Fri May 12 | Fri May 12 | Fri May 12 | Fri May 12 | Fri May 12 | Fri May 12 |

More Time Zones/Weather

Company Home | JPMorgan Chase | JPMorgan | Chase
©2006 JPMorgan Chase & Co. All rights reserved.
Stock prices are 20-minute delayed and are provided
by Quotemedia via OTF Market Data Services; they should not be
used as a basis for trade without further verification.

JPMC 0105

EXHIBIT 5

**Susan X Pinsky**

02/08/2005 04:52 PM

To: Dee Lakhani/JPMCHASE@JPMCHASE

cc:

Subject: HR

HI Dee,

I spoke with Barbara Zimmer today to request a standing desk, because of my back problems. Sitting is becoming more and more difficult.

# EXHIBIT 6

**Susan X Pinsky**

02/24/2005 11:40 AM

To: barbara zimmer/jpmchase@jpmchase
cc:
Subject: Standing Desk

Hi Barbara,
I got the letter from my chiropractor. Can you please send me the fax number I need to foreword it to.

Thanks,
Susan

# EXHIBIT 7

**STEPHEN S. WEINBERG, D.C., LLC**
50 Lexington Avenue
Lower Level
New York, NY 10010
(212) 995-1515
Fax: (212) 995-2335

February 23, 2005

To Whom It May Concern:

Ms. Susan Pinsky is under my care for lower back pain and muscle spasm, secondary to an Acute Strain/Sprain Syndrome of the Lumbosacral Spine and Pelvis. She has been advised to refrain from extended periods of sitting (not to exceed 20 to 30 minutes) and to seek Therapeutic Massage Therapy as an adjunct to treatment in this office. These measures are necessary to improve the outcome of this condition and to help prevent further exacerbation of her symptoms. In particular, I believe that Ms. Pinsky would benefit from the use of a "standing desk", to avoid having to sit while working for more than the recommended time frame. Please extend her all due consideration in this matter.

If any questions arise concerning this case, feel free to contact my office. Thank You.

Respectfully Yours,

Stephen S. Weinberg, D.C.

# EXHIBIT 8

**Susan X Pinsky**

03/15/2005 05:13 PM

To: Barbara Zimmer/JPMCHASE@JPMCHASE
cc:
Subject: Standing Desk

Dearest Barbara,
Since submitting my written request along with a Doctors letter for my standing desk
I have not heard a word from anyone. Is there any way that you could possibly follow up
with the matter? I would greatly appreciate it.

Many Thanks,
Susan

# EXHIBIT 9

 **Barbara Zimmer**
03/17/2005 02:22 PM

To: Susan X Pinsky/JPMCHASE@JPMCHASE
cc:
Subject: Re: Standing Desk

They may be trying to reach Dee and I don't know if they would call Gary in her absence. Do you know the name of who you faxed it to or did you just send it to medical?
Susan X Pinsky

**Susan X Pinsky**
03/15/2005 02:13 PM

To: Barbara Zimmer/JPMCHASE@JPMCHASE
cc:
Subject: Standing Desk

Dearest Barbara,
Since submitting my written request along with a Doctors letter for my standing desk I have not heard a word from anyone. Is there any way that you could possibly follow up with the matter? I would greatly appreciate it.

Many Thanks,
Susan

# EXHIBIT 10

**Susan X Pinsky**

03/31/2005 03:48 PM

To: Barbara Zimmer/JPMCHASE@JPMCHASE
cc:
Subject: Re: Standing Desk

I'm sorry Barbara,
I remember that I did fax it to an individual that you recomended, but I can't find the fax. I believe it's now been about 2 months and I'v heard nothing from them.
Home Equity Human Resources - Tel (602) 221-4740

**Home Equity** Human Resources - Tel (602) 221-4740

 **Barbara Zimmer**

03/17/2005 01:22 PM

To: Susan X Pinsky/JPMCHASE@JPMCHASE
cc:
Subject: Re: Standing Desk

They may be trying to reach Dee and I don't know if they would call Gary in her absence. Do you know the name of who you faxed it to or did you just send it to medical?
Susan X Pinsky

**Susan X Pinsky**

03/15/2005 02:13 PM

To: Barbara Zimmer/JPMCHASE@JPMCHASE
cc:
Subject: Standing Desk

Dearest Barbara,
Since submitting my written request along with a Doctors letter for my standing desk I have not heard a word from anyone. Is there any way that you could possibly follow up with the matter? I would greatly appreciate it.

Many Thanks,
Susan

# EXHIBIT 11

Susan X Pinsky                     To: Barbara Zimmer/JPMCHASE@JPMCHASE
                                   cc:
04/04/2005 03:39 PM                Subject: Re: Standing Desk

HI Barbara,
I still have no standing desk. Exactly how long do I have to wait for it. I don't remember who I faxed the info
to. It was to the name and number you gave me.
Home Equity Human Resources - Tel (602) 221-4740

Home Equity Human Resources - Tel (602) 221-4740

Barbara Zimmer                     To: Susan X Pinsky/JPMCHASE@JPMCHASE
                                   cc:
03/17/2005 01:22 PM                Subject: Re: Standing Desk

They may be trying to reach Dee and I don't know if they would call Gary in her absence. Do you know
the name of who you faxed it to or did you just send it to medical?
Susan X Pinsky

Susan X Pinsky                     To: Barbara Zimmer/JPMCHASE@JPMCHASE
                                   cc:
03/15/2005 02:13 PM                Subject: Standing Desk

Dearest Barbara,
Since submitting my written request along with a Doctors letter for my standing desk
I have not heard a word from anyone. Is there any way that you could possibly follow up
with the matter? I would greatly appreciate it.

Many Thanks,
Susan

**EXHIBIT 12**



**Barbara Zimmer**
04/04/2005 03:55 PM

To: Susan X Pinsky/JPMCHASE@JPMCHASE
cc:
Subject: Re: Standing Desk

I believe that the person whose name we were originally given may have left the bank.  I have asked someone else in Health Services to follow-up.  I would also suggest that you ask your manager, Dee, to follow-up as well.  They cannot give her medical information but they should be able to tell her the status of the request.


Susan X Pinsky

**Susan X Pinsky**
04/04/2005 12:39 PM

To: Barbara Zimmer/JPMCHASE@JPMCHASE
cc:
Subject: Re: Standing Desk

HI Barbara,
I still have no standing desk. Exactly how long do I have to wait for it. I don't remember who I faxed the info
to. It was to the name and number you gave me.
Home Equity Human Resources - Tel (602) 221-4740

Home Equity Human Resources - Tel (602) 221-4740

**Barbara Zimmer**
03/17/2005 01:22 PM

To: Susan X Pinsky/JPMCHASE@JPMCHASE
cc:
Subject: Re: Standing Desk

They may be trying to reach Dee and I don't know if they would call Gary in her absence.  Do you know the name of who you  faxed it to or did you just send it to medical?
Susan X Pinsky

**Susan X Pinsky**
03/15/2005 02:13 PM

To: Barbara Zimmer/JPMCHASE@JPMCHASE
cc:
Subject: Standing Desk

Dearest Barbara,
Since submitting my written request along with a Doctors letter for my standing desk
I have not heard a word from anyone. Is there any way that you could possibly follow up
with the matter? I would greatly appreciate it.

Many Thanks,
Susan