UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN PINSKY,                                        :

                Plaintiff,                      :        07 Civ. 3328 (CM) (HP)

      - against -                                      :

                                                     **CERTIFICATE OF SERVICE**

JP MORGAN CHASE & CO.,                 :

                Defendant.                   :

------------------------------------------------------------X

I hereby certify that on March 31, 2008 I caused a copy of the following documents:

**DEFENDANT'S NOTICE OF MOTION FOR
SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P.56,**

**AFFIDAVITS OF FREDERIC L. LIEBERMAN,
LISA A. JELINSKI AND ELISABETH M. WELLS**

**DEFENDANT'S STATEMENT PURSUANT TO LOCAL
CIVIL RULE 56.1(a) OF THE MATERIAL DISPUTED FACTS,**

and

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

to be served by Federal Express overnight delivery directed to the attorney of plaintiff at the following address:

Arthur Z. Schwartz, Esq.
Schwartz, Lichten & Bright, P.C.
275 Seventh Avenue, Suite 1700
New York, New York 10001

Dated: New York, New York
         March 31, 2008

                                                  Frederic L. Lieberman (FL 9454)

163400:v1