# SCHWARTZ, LICHTEN & BRIGHT, PC
## Attorneys at Law

275 Seventh Avenue, 17th Floor
New York, New York 10001
tel: 212 228 6320
fax: 212 358 1353

Arthur Z. Schwartz
Stuart Lichten
Daniel R. Bright
*Also admitted in Pennsylvania

April 16, 2008

**MEMO ENDORSED**

4/21/08 Granted

By Facsimile: (212) 805-8326

Hon. Colleen McMahon
United States District Judge
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: Pinsky v. JP Morgan Chase & Co.
    07 Civ. 3328 (CM)

Dear Judge McMahon:

On March 31, defendant filed a rather bulky summary judgment motion, with approximately 35 exhibits accompanied by a 35 page brief. They received a lengthy extension of time to prepare their papers.

We request that we be allowed until May 16, 2008 to file an opposition.

Defendant consents to this request.

Your courtesy is appreciated.

Respectfully submitted,

Arthur Z. Schwartz

AZS:dr
Enclosure

cc: Frederic L. Lieberman, Esq. (by fax: 212-552-1630)

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08