# SCHWARTZ, LICHTEN & BRIGHT, PC
## Attorneys at Law

275 Seventh Avenue, 17th Floor
New York, New York 10001
tel: 212 228 6320
fax: 212 358 1353

Arthur Z. Schwartz*
Stuart Lichten
Daniel R. Bright
*Also admitted in Pennsylvania

May 15, 2008

**MEMO ENDORSED**

By Facsimile (212-805-6326)
and First Class Mail

Hon. Colleen McMahon
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

OK

Colleen McMahon
5/19/08

Re:     Pinsky v. JP Morgan Chase & Co.
        07 Civ. 3328 (CM)

Dear Judge McMahon:

Our opposition papers addressed to defendant's summary judgment motion are due tomorrow. For reasons related to my health and because we have to coordinate our response with a doctor, we need more time.

We request, therefore, that we be allowed until May 30, 2008 to file an opposition.

Defendant consents to this request.

Your courtesy is appreciated.

Respectfully submitted,

Arthur Z. Schwartz

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

AZS:dr

cc:     Frederic L. Lieberman, Esq. (by fax: 212-552-1630)