## SCHWARTZ, LICHTEN & BRIGHT, PC
Attorneys at Law

275 Seventh Avenue, 17th Floor
New York, New York 10001
tel: 212 228 6320
fax: 212 358 1353

Arthur Z. Schwartz
Stuart Lichten
Daniel R. Bright
*Also Admitted in Pennsylvania

May 30, 2008

**MEMO ENDORSED**

By Facsimile (212-805-6326)
and First Class Mail

Hon. Colleen McMahon
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

6/2/2008
OK
[signature]

    Re:  Finsky v. JP Morgan Chase & Co.
          07 Civ. 3328 (CM)

Dear Judge McMahon:

Our opposition papers addressed to defendant's summary judgment motion are due today. I have spent much of the last two weeks on two unexpected hearings, which have taken up most of my work days.

We request, therefore, that we be allowed until June 8, 2008 to file an opposition.

We will make no other requests for an extension.

Defendant consents to this request.

Your courtesy is appreciated.

Respectfully submitted,

[signature]
Arthur Z. Schwartz

AZS:dr

cc:  Frederic L. Lieberman, Esq. (by fax: 212-552-1630)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08