# SCHWARTZ, LICHTEN & BRIGHT, PC
## Attorneys at Law

275 Seventh Avenue, 17th Floor
New York, New York 10001
tel: 212 228 6320
fax: 212 358 1353

Arthur Z. Schwartz*
Stuart Lichten
Daniel R. Bright
*Also admitted in Pennsylvania



June 4, 2008

By Facsimile (212-805-6326)
and First Class Mail

Hon. Colleen McMahon
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

OK

*Colleen McMahon* 6/9/08

Re: Pinsky v. JP Morgan Chase & Co.
    07 Civ. 3328 (CM)

Dear Judge McMahon:

Our request for an extension of time to oppose defendant's summary judgment motion was to be through June 18 – not Sunday, June 8. The mistake was ours; we apologize for the typographical error. We request that you reset the opposition date to June 18, 2008.

Respectfully submitted,

*Arthur Z. Schwartz /dr*

Arthur Z. Schwartz

AZS:dr

cc: Frederic L. Lieberman, Esq. (by fax: 212-552-1630)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```