# JPMorganChase

**JPMorgan Chase & Co.**
Legal and Compliance Department
One Chase Manhattan Plaza
New York, NY 10081

## MEMO ENDORSED

**Frederic L. Lieberman, Esq.**
Vice President and
Assistant General Counsel
[212] 552-1815
[Fax] 552-1630

June 24, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

<u>Via facsimile (212) 805-6326</u>

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*OK*
*Colleen McMahon*
*7/2/08*

    Re:    Susan Pinsky v. JP Morgan Chase & Co.
           (U.S. Dist. Ct., S.D.N.Y., 07 Civ. 3328 (CM) (HP))

Your Honor:

    The JPMorgan Chase Legal and Compliance Department represents JPMorgan Chase Bank, N.A. ("JPMorgan Chase" or "Defendant") in the above-entitled action. We write to request an extension of time to serve and file Defendant's reply papers in further support of Defendant's motion for summary judgment. This is Defendant's first request for such an extension. I have spoken with Plaintiff's attorney, who consents to this Request.

    Defendant served and filed its motion on March 31, 2008. After receiving a number of extensions, the last of which was to Wednesday, June 18, 2008, Defendant began to receive Plaintiff's opposition papers that day via ECF. However, Defendant also received an additional Declaration in Opposition to Defendant's motion via ECF on Friday, June 20, 2008. In addition, Plaintiff did not file her Memorandum of Law in opposition to Defendant's motion via ECF until almost 7:00 p.m. on Friday, June 20, 2008. Accordingly, Plaintiff's service and filing of her opposition to Defendant's motion was not completed until June 20, 2008, and Defendant's reply papers currently are due to be served and filed by June 30, 2008.

The Honorable Colleen McMahon                                June 24, 2008
Page 2

    I will be out of the office on Monday, June 30 and Tuesday, July 1, and our office is closed on Friday, July 4. Accordingly, Defendant respectfully requests that its time to serve and file its summary judgment reply papers be extended from June 30, 2008 to and including July 11, 2008.

                                                   Respectfully,

                                                   Frederic L. Lieb

FLL
cc:    Arthur Z. Schwartz, Esq. (via facsimile)