# MEMO ENDORSED JPMorganChase

**JPMorgan Chase & Co.**
Legal and Compliance Department
One Chase Manhattan Plaza
New York, NY 10081

**Stacey L. Blecher, Esq.**
Vice President and
Assistant General Counsel
[212] 552-3814
[Fax] 552-1630

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

July 10, 2008

Via facsimile (212) 805-6326

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Susan Pinsky v. JP Morgan Chase & Co.
      (U.S. Dist. Ct., S.D.N.Y., 07 Civ. 3328 (CM) (HP))

*[handwritten endorsement: signature Colleen McMahon 7/10/08]*

Your Honor:

    We represent Defendant JPMorgan Chase & Co. in the above-referenced action and I write on behalf of my colleague, Frederic L. Lieberman, Esq., who handles this matter, to request an emergency extension of time in which to serve the Reply Memorandum of Law in support of Defendant's Motion for Summary Judgment from Friday, June 11, 2008 to and including Friday, June 18, 2008. Mr. Lieberman's elderly mother fell and broke her hip last week and he is now caught up in dealing with her early discharge from the hospital to a nursing home. I sought the consent of Plaintiff's counsel, but was unable to reach Mr. Schwartz directly and left him a voice mail message.

    We thank your Honor in advance for your consideration.

Respectfully submitted,

*[signature]*

Stacey L. Blecher

SLB/
cc:   Arthur Z. Schwartz, Esq. (via facsimile)