UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SUSAN PINSKY,                                          :        ECF

                          Plaintiff,        :        07 Civ. 3328 (CM) (HP)

              - against -                              :        **REPLY AFFIDAVIT OF**
                                                               **FREDERIC L. LIEBERMAN**
JP MORGAN CHASE & CO.,                      :        **IN FURTHER SUPPORT OF**
                                                               **DEFENDANT'S MOTION**
                          Defendant.        :        **FOR SUMMARY JUDGMENT**

---------------------------------------------------------------X

STATE OF NEW YORK      )
                                    ) SS.:
COUNTY OF NEW YORK  )

         FREDERIC L. LIEBERMAN, being duly sworn, deposes and says:

         1.       I am an Assistant General Counsel in the JPMorgan Chase Legal and Compliance

Department, attorneys for JPMorgan Chase Bank, N.A. ("Defendant" or the "Bank"), the

Defendant in this action, incorrectly named as JP Morgan Chase & Co.

         2.       I am familiar, based on personal knowledge, information and belief, and/or the

records of the Defendant, with the facts and circumstances hereinafter set forth. I make this reply

affidavit in further support of Defendant's motion for summary judgment pursuant to Fed. R.

Civ. P. 56(b).

         3.       After this action was commenced, in addition to the litigation documents that I

served on and received from Plaintiff, I obtained a copy of Plaintiff's JPMorgan Chase Bank

emailbox for the period from November 1, 2004 through September 30, 2005. I also obtained

documents through discovery from Plaintiff and from non-parties, including her health care

providers and the long-term disability carrier. Finally, I also obtained information through

various Internet searches that I performed. These constitute the sources of the documents referred to herein.

4.    During the period from May 25, 2005 (when Plaintiff claims to have first received the job elimination letter and proposed General Release) through June 24, 2005 (the date when Plaintiff executed the General Release), Plaintiff continued to perform her duties regarding numerous home equity loans. During those twenty-two business days, Plaintiff sent more than 200 emails concerning various home equity loans that on which she was working. A true and correct copy of the list of all emails sent by Plaintiff from her work email account during that period is attached hereto as Def. Reply Ex. "1".

5.    In her Declaration, Plaintiff asserts without reference to any source that she "learned that the 60-day period referred to in Lakhani's May 20 letter was extended, indefinitely, while I was on leave – I wasn't going to be terminated while on leave, and I shouldn't have had to sign the Release while out on leave." Pl. Dec. ¶ 18. Neither the May 20, 2005 job elimination letter nor the General Release, Def. Exs. "24" and "25", address this situation. In fact, as shown below, Plaintiff's statement is only partially correct, i.e., the termination of employment is suspended because of and until the employee returns from his/her leave status. However, the running of neither the sixty (60) day notice period nor the forty-five (45) day Release execution period is suspended by the existence of the leave.

6.    When JPMorgan Chase Human Resources Business Partners conduct group position eliminations, as happened to the Home Equity Loan Officers (including Plaintiff) in 2005, they utilize a "Toolkit" to provide them with information regarding, and to guide them through, the process. The version of the Toolkit used in 2005 did not address what would happen if an employee went on leave after receiving a job elimination letter. However, the 2007 and

2008 versions of the Toolkit's "Severance Processing Qs&As" specifically address the issue "[i]f the employee receives a notice letter and then goes on a leave of absence, is the employee still eligible to receive severance pay benefits?" Both versions provide that "[t]he notice period will continue while the employee is on a leave of absence. If while on leave the 60-day notice period has been exhausted, the employee will remain on leave until the end of the approved leave. At the end of the leave (including those who are released from LTD), the employee will be terminated with severance provided the employee has executed the Release". True and correct copies of the relevant portions of the 2007 and 2008 Toolkits are attached hereto as Def. Reply Exs. "2" and "3".

7.    On December 1, 2005, Plaintiff filed a Workers' Compensation claim in which she alleged that she first suffered a hip injury in December 2004, while working at a different branch, as a result of "extensive sitting 10-12 hours a day bending at the waist to work on a computer phone". A true and correct copy of that form is attached hereto as Def. Reply Ex. "4".

8.    Plaintiff's medical records obtained during discovery from her chiropractor, Dr. Stephen Weinberg, show that Plaintiff first consulted him on April 12, 2004. A true and correct copy of Dr. Weinberg's records regarding Plaintiff is attached hereto as Def. Reply Ex. "5". Plaintiff apparently consulted Dr. Weinberg after she experienced tightness, a shooting pain in her right hip, and an inability to bend or flex during and after exercising. Id. at page 1. Dr. Weinberg appears to have made a diagnosis of a right sacroiliac sprain strain (shown as "R SI sprain strain." Id. at page 1. The record for that date includes a reference to Plaintiff's "L5/S1" discs, id., the same discs that Dr. Weinberg now states showed "degenerative change" when he saw Plaintiff on June 9, 2005. Weinberg Dec. ¶ 7.

9.    On May 4, 2004, Dr. Weinberg completed a JPMorgan Chase Certification of Health Care Provider form regarding Plaintiff and the condition discussed in paragraph 8 herein for submission by her to the Bank. A true and correct copy of that form is attached hereto as Def. Reply Ex. "6". Dr. Weinberg responded to the question "Specify any other work restrictions that are medically necessary" by writing "No prolonged sitting; Ptn. should be given ergonomically correct chair". Id. at page 3.

10.    Although Dr. Weinberg did not similarly specify in his February 23, 2005 letter that Plaintiff should be provided with an ergonomic standing desk and ergonomically correct chair, Def. Ex. "7", Plaintiff submits information regarding an "ergonomically designed standing desk" which she asserts "comes with a matched, ergonomically structured chair". Pl. Dec. ¶ 5 and Pl. Ex. "A". Not all standing desks, however, are adjustable ergonomic desks. According to Wikipedia, there are both "fixed height standing desks and ergonomic standing desks". A true and correct copy of a print-out regarding standing desks from Wikipedia is attached hereto as Def. Reply Ex. "7". Similarly, abledata.com identified a stand-up desk from Spectrum Industries and described it as having a "fixed desk height of 38". A true and correct copy of a print-out from abledata.com is attached hereto as Def. Reply Ex. "8".

11.    With her Declaration, and in support of her contention that she was not provided with an "ergonomically structured chair", Plaintiff also submits five (5) photographs that she describes as showing her "sitting at the service desk I was assigned to, demonstrating the lack of support provided by the desk when I was sitting". Pl. Dec. ¶ 10 and Pl. Ex. "B". Plaintiff, however, failed to produce those photographs at any time during discovery, despite being requested to do so.

12. On June 4, 2007, Defendant served a request for production of documents on Plaintiff's attorney. In that Document Request, Definition 6 defined the term "document" to include "photographs", and at least five separate requests (Requests 17, 60, 64 and 65 and 73) required that Plaintiff produce the photographs now submitted by Plaintiff. A true and correct copy of the relevant portions of Defendant's Document Request is attached hereto as Def. Reply Ex. "9". Then, in August 2007, Plaintiff served her responses to Defendant's Document Requests and produced documents responsive to those requests. I have reviewed Plaintiff's production of documents and did not find any of the photographs submitted by Plaintiff. As is established by the accompanying affidavit of Melissa Celso, Plaintiff's photographs could not have existed until late December 2007 at the earliest.

13. In support of her contention that she complained to a number of people in April/May 2005 that the Customer Service Desk was inadequate, Plaintiff also has submitted Declarations from Diana Czuchta, Caroline Cumiskey, and Christopher Guerra. In her Rule 26 Disclosure Statement, Plaintiff, however, failed to identify any of these individuals.

14. On July 16, 2007, Plaintiff served her Rule 26 Disclosure Statement. A true and correct copy of Plaintiff's Rule 26 Disclosure Statement is attached hereto as Def. Reply Ex. "12". In that Disclosure Statement, Plaintiff did not identify either Diana Czuchta, Caroline Cumiskey, or Christopher Guerra as a person "likely to have discoverable information that the disclosing party may use to support her claims". Id.

15. Then, on August 24, 2007, Plaintiff served her Response to Defendant's First Set of Interrogatories. A true and correct copy of the relevant portions of Plaintiff's Response to Defendant's First Set of Interrogatories is attached hereto as Def. Reply Ex. "13". In that Response, Plaintiff did not identify either Caroline Cumiskey and Christopher Guerra as

5

"persons with knowledge or information concerning the facts and subject matter of this action". Id.

16.    Finally, Plaintiff appears to suggest that on August 9, 2007 The Hartford terminated her long-term disability benefits wrongly and without any notice to her. Pl. Dec. ¶ 19. In fact, however, on June 15, 2007, Plaintiff's attorney, Arthur Schwartz, wrote to The Hartford regarding Plaintiff's possible return to work. A true and correct copy of that letter is attached hereto as Def. Reply Ex. "14".

17.    Then, on June 28, 2007, a representative of The Hartford spoke with Plaintiff and obtained from her the names of her health care providers who could assess her current condition. See Def. Ex. "34" at p. 4 Plaintiff identified Dr. Bryan Nestor and Dr. Richard Goldberg. Id. On July 10, 2007, Dr. Nestor responded to an inquiry by The Hartford by stating that Plaintiff was "now capable of performing" "light" full-time work. A true and correct copy of that letter is attached hereto as Def. Reply Ex. "15".

18.    On November 26 and December 7, 2007, Defendant took the deposition of Plaintiff Susan Pinsky. True and correct copies of cited pages from the transcript of that deposition are annexed hereto at tab "Pinsky Dep. Tr.".

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

WHEREFORE, Defendant respectfully requests that the Court (1) grant its motion for summary judgment; (2) dismiss this action in its entirety with prejudice; (3) find in favor of Defendant as to its counter-claims against Plaintiff; (4) grant Defendant its costs and attorneys' fees; and (5) grant such other and further relief as this Court deems just and proper.

FREDERIC L. LIEBERMAN

Sworn to before me this
_18th_ day of July, 2008

Notary Public

SUSAN McNAMARA
Notary Public, State of New York
No. 43-4836571
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires July 31, 2009

7

**Defendant's Reply Exhibit 1**

| Who | Date | Subject |
|-----|------|---------|
| Jessica M. Lindner | 05/24/2005 | docs for Flynn 051331321433 |
| marianne777 | 05/25/2005 | TWCNYC: Your request for TENANT_TAKEOVER_FORM |
| Patricia N Nadiak | 05/25/2005 | Re: 051051807073   N LAUFER, WILLIAM S |
| Dee Lakhani | 05/25/2005 | Re: Mortgage LO |
| Dee Lakhani | 05/25/2005 | Re: KHAN, NABEE 050741652093 |
| Jessica M. Lindner | 05/25/2005 | Re: 051331321433  FLYNN, STEVE |
| Claude R Racine | 05/25/2005 | Re: Fw: Equity Line rate - ACAPS # 051331707473 - Can we save this? |
| Luis Nin | 05/25/2005 | client |
| John J Lauria | 05/25/2005 | Re: Doug Fenniman |
| Dee Lakhani | 05/25/2005 | Re: Mortgage LO |
| Imani K Tyler | 05/25/2005 | 050741134503  AGARD, YVETTE A |
| Marianne Santos | 05/25/2005 | Re: TWCNYC: Your request for TENANT_TAKEOVER_FORM |
| Imani K Tyler | 05/25/2005 | Re: 050741134503  AGARD, YVETTE A |
| Dee Lakhani | 05/25/2005 | Please change ECA |
| Marianne Santos | 05/25/2005 | Re: TWCNYC: Your request for TENANT_TAKEOVER_FORM |
| Marianne Santos | 05/25/2005 | Re: TWCNYC: Your request for TENANT_TAKEOVER_FORM |
| Dee Lakhani | 05/25/2005 | Re: Mortgage LO |
| Anonuevo, Grace | 05/26/2005 | Re: Flight? |
| Lisa A. Lutrario | 05/26/2005 | CSA Assignment |
| Curtis M Winder | 05/26/2005 | KLAGSBRUN, ELIYAHU M |
| Curtis M Winder | 05/26/2005 | KLAGSBRUN, ELIYAHU M |
| Keith Swanson | 05/26/2005 | Re: Fw: Help 050741652093 |
| John J Lauria | 05/26/2005 | fenneman |
| Marie X Joseph | 05/26/2005 | income docs for Larry Borchardt 051451237073 |
| Marie X Joseph | 05/26/2005 | income docs for Larry Borchardt 051451237073 |
| David M Wade | 05/26/2005 | 050831753453  DAMICO, DEBBIE A |
| Sean N Conroy | 05/26/2005 | 051231510163  ROLLINS, JANICE |
| Diana M Czuchta | 05/26/2005 | Re: Diana M Czuchta is out of the office. |
| susan.pinsky | 05/26/2005 | Your JetBlue E-tinerary |
| Steven M Masciangelo | 05/26/2005 | Re: Please change ECA |
| Jamie L Kearns | 05/26/2005 | RE: HELOC |
| Bear, Barry | 05/26/2005 | RE: HELOC |
| Jamie L Kearns | 05/26/2005 | RE: HELOC |
| Kanwal Kumar | 05/26/2005 | Re: 051111601353 |
| Kanwal Kumar | 05/27/2005 | Re: These can close. Just need your extra punch |
| Donna M. Verbridge | 05/27/2005 | Account Executive - Wholesale Subprime-Delaware - 050025408 |
| Donna M. Verbridge | 05/27/2005 | Account Executive - Wholesale Subprime-Delaware - 050025408 |
| Arturo D Hoyte | 05/27/2005 | GOROKHOVSKY, ALEXANDRA  051041125223 |
| Luis Nin | 05/27/2005 | Chris Webb |
| Marie X Joseph | 05/27/2005 | 051171833343  FRIEDRICKS, CLIFFORD |
| Scott E Lippman | 05/27/2005 | got work? |
| Arturo D Hoyte | 05/27/2005 | Re: GOROKHOVSKY, ALEXANDRA  051041125223 |
| Scott E Lippman | 05/27/2005 | 4506 |
| william h biederman | 05/27/2005 | DUNLOP, HENRY C.  051181647333 |
| Jamie Dimon | 05/27/2005 | Vive la resistance |

| Who | Date | Subject |
|-----|------|---------|
| jay.jrr | 05/27/2005 | Re: Oil & Gas |
| Diana M Czuchta | 05/27/2005 | Re: 050831753453  DAMICO, DEBBIE A |
| Diana M Czuchta | 05/27/2005 | Re: 050831753453  DAMICO, DEBBIE A |
| Jamie Dimon | 05/27/2005 | Re: Vive la resistance |
| Curtis M Winder | 05/31/2005 | NewFax 2012449085 05/30/05 07:08:26 PM |
| Curtis M Winder | 05/31/2005 | NewFax 2012449085 05/30/05 07:08:26 PM |
| Curtis M Winder | 05/31/2005 | HIMES, JAMES  050751728593 |
| William H Biederman | 05/31/2005 | Re: DUNLOP, HENRY C.  051181647333 |
| Mary Colandro | 05/31/2005 | 050751728593  HIMES, JAMES |
| Curtis M Winder | 05/31/2005 | Re: HIMES, JAMES  050751728593 |
| SIIJW | 05/31/2005 | Re: URGENT - sabrina |
| Matthew X Ramos | 05/31/2005 | 051461721273  MCNAMARA, PAUL E. |
| Matthew X Ramos | 05/31/2005 | 051461721273  MCNAMARA, PAUL E. |
| Susan X Pinsky | 05/31/2005 | David Whipple Docs |
| Susan X Pinsky | 05/31/2005 | David Whipple Docs |
| Dee Lakhani | 05/31/2005 | Booking Problems |
| Luis Nin | 05/31/2005 | chris Webb |
| Cliffton D. Moss | 05/31/2005 | 051462231263    VACHON-MARRIOTT, PEGGY |
| Dee Lakhani | 05/31/2005 | standing desk |
| Mary Colandro | 06/01/2005 | Re: 050751728593 HIMES, JAMES |
| Steven M Masciangelo | 06/01/2005 | Re: Please change ECA |
| Patricia N Nadiak | 06/01/2005 | missing docs for Bill Laufer |
| Patricia N Nadiak | 06/01/2005 | missing docs for Bill Laufer |
| Marie X Joseph | 06/01/2005 | BORCHARDT, LAWRENCE 051451237073 |
| Jessica M. Lindner | 06/01/2005 | steve flynn  051331321433 |
| Jessica M. Lindner | 06/01/2005 | steve flynn  051331321433 |
| Marie X Joseph | 06/01/2005 | 051451237073  Larry Borchardt |
| Marie X Joseph | 06/01/2005 | 051451237073  Larry Borchardt |
| howb2004 | 06/01/2005 | Champion Juicer in Excellent Condition  - $75 |
| mulquet04 | 06/01/2005 | 2 JUICERS |
| Curtis M Winder | 06/01/2005 | 050741652093   KHAN, NABEE |
| anon-76404422 | 06/01/2005 | greatest dogwalker ever to walk dogs (ever) |
| brklyndgwlkr | 06/01/2005 | * Private Dog Walker with Openings Available * |
| hld2102 | 06/01/2005 | Reasonable and Individualized Dog-Walking and Animal-Sitting Services |
| Dee Lakhani | 06/01/2005 | Re: standing desk |
| Patricia N Nadiak | 06/01/2005 | 051051807073 |
| Patricia N Nadiak | 06/01/2005 | 051051807073 |
| Patricia N Nadiak | 06/01/2005 | 051051807073 |
| Patricia N Nadiak | 06/01/2005 | 051051807073 |
| Curtis M Winder | 06/01/2005 | David Whipple Docs |
| Curtis M Winder | 06/01/2005 | David Whipple Docs |
| Curtis M Winder | 06/01/2005 | 051431452393 KLAGSBRUN, ELIYAHU M |
| Kanwal Kumar | 06/01/2005 | A new app? |
| Curtis M Winder | 06/01/2005 | 050731832013 |
| Sean N Conroy | 06/01/2005 | 051231510163 |
| Curtis M Winder | 06/01/2005 | 051431452393 |

| Who | Date | Subject |
|---|---|---|
| Patricia N Nadiak | 06/01/2005 | Re: 051051807073 |
| ely.klagsbrun | 06/01/2005 | Greece Trip |
| Luis Nin | 06/02/2005 | Re: chris Webb |
| Pinsky, Ann | 06/02/2005 | Re: Jacket |
| Curtis M Winder | 06/02/2005 | Re: 051431452393 |
| Klagsbrun, Ely | 06/02/2005 | RE: Greece Trip |
| John J Lauria | 06/02/2005 | Re: Eli Klagsbrun, ACAP 051431452393 |
| Keith Swanson | 06/02/2005 | Re: Eli Klagsbrun, ACAP 051431452393 |
| Carly A Visca | 06/02/2005 | 051231510163 Janice Rollins |
| rollija | 06/02/2005 | Re: 051231510163 Janice Rollins |
| Keith Swanson | 06/02/2005 | Klagsbrun |
| hava@redjellyfish.r | 06/02/2005 | Re: Reasonable and Individualized Dog-Walking and Animal-Sitting Services |
| Curtis M Winder | 06/02/2005 | Re: 051431452393 |
| Curtis M Winder | 06/02/2005 | 050731832013  ACCETTA, JOSEPH J. |
| Amy X Delbianco | 06/02/2005 | Update |
| Rollins, Janice | 06/03/2005 | RE: 051231510163 Janice Rollins |
| Marianne Santos | 06/03/2005 | Re: my email |
| Amy X Delbianco | 06/03/2005 | Re: Update |
| Marianne Santos | 06/03/2005 | Re: my email |
| Jason A Birnbaum | 06/03/2005 | 051232232223   Nfn INQ    Dsp cap  Next 051232232223      Loc 00000000000 PAULSON, RICHARD |
| Diana M Czuchta | 06/03/2005 | RE: 051231510163 Janice Rollins |
| Michelle S Cosgrove | 06/03/2005 | 051531159313 |
| Marie X Joseph | 06/03/2005 | FRIEDRICKS, CLIFFORD |
| Dee Lakhani | 06/03/2005 | My Last Day |
| Marianne Santos | 06/06/2005 | Re: my email |
| Amanda Baramki | 06/06/2005 | Re: greatest dogwalker ever to walk dogs (ever) |
| susan.pinsky | 06/06/2005 | Re: greatest dogwalker ever to walk dogs (ever) |
| SKroll2567 | 06/06/2005 | Re: Fwd: Delivery Notification for <susanpinsky@jpmchase.com> |
| Diana M Czuchta | 06/06/2005 | Re: 050831753453 |
| skroll | 06/06/2005 | My other email address |
| Mary Colandro | 06/06/2005 | KHAN, NABEE |
| Matthew X Ramos | 06/06/2005 | Please send me your fax number |
| John J Lauria | 06/06/2005 | Re: Irina St. Germain |
| Kimberley S Taylor | 06/06/2005 | ST. GERMAIN, RONALD   051131347323 |
| Mary Colandro | 06/06/2005 | Re: KHAN, NABEE |
| Sondra M Mewborn | 06/06/2005 | 051461029083   DIPATRI, OLGA |
| Dee Lakhani | 06/06/2005 | Please change ECA to 828329 |
| Ilona X Koltonyuk | 06/06/2005 | RE: 051231510163 Janice Rollins |
| Nilsa R Mateo | 06/06/2005 | DAMICO, DEBBIE A.   050831753453 |
| Nilsa R Mateo | 06/06/2005 | Re: DAMICO, DEBBIE A.   050831753453 |
| Shirley A. Johnson | 06/06/2005 | Please send me your fax number   051522231163 |
| Ilona X Koltonyuk | 06/07/2005 | RE: 051231510163 Janice Rollins |
| Ilona X Koltonyuk | 06/07/2005 | RE: 051231510163 Janice Rollins |
| Katrina A Morse | 06/07/2005 | payoff letter for SUPRUN, PAUL  051381625523 |
| Marianne Santos | 06/07/2005 | Re: my email |
| Cliffton D. Moss | 06/07/2005 | 051531733473  MANSON, ANTOINE |

| Who | Date | Subject |
|---|---|---|
| Patricia N Nadiak | 06/07/2005 | 051522231163 |
| Kimberley S Taylor | 06/07/2005 | 051301031253  BURNS, MARA |
| Patricia N Nadiak | 06/07/2005 | Re: 051522231163 |
| Kanwal Kumar | 06/07/2005 | Re: All approved apps. Need your skills to close |
| susan.pinsky | 06/07/2005 | O & G |
| Horace S Tseng | 06/07/2005 | 051521719063  FIALLOS, HUGO |
| Matthew X Ramos | 06/07/2005 | Re: Please send me your fax number  051522231163 |
| patrick_t_donohue | 06/07/2005 | Susan has forgotten you not |
| neal_shikes | 06/07/2005 | hello |
| John J Lauria | 06/07/2005 | Re: DAJCZAK, THOMAS ACAPS 051531205213 |
| Marianne Santos | 06/08/2005 | Re: my email |
| Luis Nin | 06/08/2005 | 051291756263  FREEMAN, MARK |
| Jason A Birnbaum | 06/08/2005 | PAULSON, RICHARD |
| John J Lauria | 06/08/2005 | 050751707503  SCHWARTZ, JASON R |
| cliffton d. moss | 06/08/2005 | VACHON-MARRIOTT, PEGGY  051462231263 |
| Curtis M Winder | 06/08/2005 | 051471716523  WHIPPLE, DAVID A. |
| Jason A Birnbaum | 06/08/2005 | Re: PAULSON, RICHARD |
| Jason A Birnbaum | 06/08/2005 | Re: PAULSON, RICHARD |
| Lisa C Colella | 06/08/2005 | 051462231263  VACHON-MARRIOTT, PEGGY |
| Jason A Birnbaum | 06/08/2005 | Re: PAULSON, RICHARD |
| Stephen P. Schneider | 06/08/2005 | Matt Ramos |
| Jason A Birnbaum | 06/08/2005 | LANDAUER, STEFFEN C. |
| Cliffton D. Moss | 06/08/2005 | Re: 051462231263  VACHON-MARRIOTT, PEGGY |
| Migdalia Centeno | 06/08/2005 | Debbie Babino |
| Luis Nin | 06/08/2005 | 051531047383  CAMELLITI, FRANK |
| Jacqueline K Hunt | 06/08/2005 | Re: 051381625523 SUPRUN, PAUL ***Urgent*** |
| Curtis M Winder | 06/08/2005 | Re: 051471716523  WHIPPLE, DAVID A. |
| John J Lauria | 06/08/2005 | Re: 050751707503  SCHWARTZ, JASON R |
| Jacqueline K Hunt | 06/08/2005 | Re: 051381625523 SUPRUN, PAUL ***Urgent*** |
| Curtis M Winder | 06/08/2005 | Re: 051431452393 |
| Curtis M Winder | 06/08/2005 | Re: 051441755063 |
| John J Lauria | 06/08/2005 | Re: 051441755063 |
| Michelle S Cosgrove | 06/08/2005 | 051531127043  KLAGSBRUN, ELIYAHU |
| John J Lauria | 06/08/2005 | TD |
| Wunder X Liu | 06/08/2005 | 051461721273 MCNAMARA, PAUL E. |
| Stephen P. Schneider | 06/08/2005 | 051461721273 MCNAMARA, PAUL E. |
| Kanwal Kumar | 06/08/2005 | CASANOVA, LUIS |
| Herbert E Gregory Iii | 06/08/2005 | RICHARDSON, PAUL W  051262023403 |
| Narcisse I Mondesir | 06/08/2005 | RICHARDSON, PAUL W  051262023403 |
| Michelle S Cosgrove | 06/08/2005 | Re: 051531127043  KLAGSBRUN, ELIYAHU |
| Herbert E Gregory Iii | 06/08/2005 | Re: RICHARDSON, PAUL W  051262023403 |
| Herbert E Gregory Iii | 06/08/2005 | Re: RICHARDSON, PAUL W  051262023403 |

| Who | Date | Subject |
|---|---|---|
| Herbert E Gregory Iii | 06/08/2005 | Re: RICHARDSON, PAUL W  051262023403 |
| Ilona X Koltonyuk | 06/08/2005 | set up clos |
| Ilona X Koltonyuk | 06/08/2005 | set up clos |
| Jamie L Kearns | 06/08/2005 | question |
| Dee Lakhani | 06/08/2005 | Leave of Absence |
| Sondra M Mewborn | 06/08/2005 | 051461029083  DIPATRI, OLGA |
| Donohue, Patrick (NYC-5AV | 06/09/2005 | Re: Susan has forgotten you not |
| Barbara Zimmer | 06/09/2005 | Re: Leave of Absence |
| Narcisse I Mondesir | 06/09/2005 | Re: RICHARDSON, PAUL W  051262023403 |
| Patricia N Nadiak | 06/09/2005 | 051051807073  LAUFER, WILLIAM S. |
| Lisa A. Lutrario | 06/09/2005 | Re: |
| Curtis M Winder | 06/09/2005 | david whipple  051471716523 |
| Elaine Y Burgess | 06/09/2005 | PATI, ANTHONY 051171120183 |
| John J Lauria | 06/09/2005 | Re: |
| John J Lauria | 06/09/2005 | Re: |
| Elaine Y Burgess | 06/09/2005 | NewFax  9082728730 06/09/05 10:32:57 AM |
| Patricia N Nadiak | 06/09/2005 | Re: 051051807073  LAUFER, WILLIAM S. |
| david.kinney | 06/09/2005 | Chase Home Equity |
| Jessica M. Lindner | 06/09/2005 | 051331321433  FLYNN, STEVE |
| Cliffton D. Moss | 06/09/2005 | 051462231263  VACHON-MARRIOTT, PEGGY |
| Veronica A Ptaszek | 06/09/2005 | 051541553593  KINNEY, DAVID T. |
| Horace S Tseng | 06/09/2005 | 051521719063     FIALLOS, HUGO C.          FIALLOS, AGNES C. |
| Luis Nin | 06/09/2005 | FREEMAN, MARK |
| Costena W Walker | 06/09/2005 | CAMELLITI, FRANK 051531047383 |
| Elaine Y Burgess | 06/09/2005 | Re: PATI, ANTHONY 051171120183 |
| Elaine Y Burgess | 06/09/2005 | PATI, ANTHONY |
| Kelly M. Thomas | 06/09/2005 | SCHAEFER, MITCHELL A  051541710213 |
| Kanwal Kumar | 06/09/2005 | CASANOVA, LUIS A. |
| Horace S Tseng | 06/09/2005 | HARNARAIN, SETA D.  051581116583 |
| Kanwal Kumar | 06/09/2005 | SWEENEY, WILLIAM E 051581718133 |
| Michelle S Cosgrove | 06/09/2005 | 051531127043 |
| Horace S Tseng | 06/09/2005 | Re: HARNARAIN, SETA D.  051581116583 |
| Michelle S Cosgrove | 06/09/2005 | Re: 051531127043 |
| Diana M Czuchta | 06/09/2005 | Randall Amey |
| Curtis M Winder | 06/09/2005 | Fw: Joe Accetta |
| Elaine Y Burgess | 06/09/2005 | Re: PATI, ANTHONY |
| stephen g enderle | 06/09/2005 | 051522231163 |
| Angela C Lawyer | 06/13/2005 | Insurance Info PERCIA, JULIE  051540943073 |
| Jamie L Kearns | 06/13/2005 | SELDEN, JAMES K.  051451449443 |
| Arturo D Hoyte | 06/13/2005 | Please withdraw Application  051291756263 |
| Costena W Walker | 06/13/2005 | Re: Need Outstanding Docs for CAMELLITI, FRANK  # 051531047383 |
| Susan X Pinsky | 06/13/2005 | Re: Matt Ramos |

| Who | Date | Subject |
|-----|------|---------|
| Stephen P. Schneider | 06/13/2005 | Re: Matt Ramos |
| Costena W Walker | 06/13/2005 | Re: Need Outstanding Docs for CAMELLITI, FRANK  # 051531047383 |
| John J Lauria | 06/13/2005 | Melvin Williams |
| Matthew X Ramos | 06/13/2005 | Income Docs for  GUTTMAN, SAMUEL  051131354483 |
| Kanwal Kumar | 06/13/2005 | PERCIA, JULIE |
| Katrina A Morse | 06/13/2005 | Bill LAufer  051051807073 |
| Michael T Schroeder | 06/13/2005 | Re: Matt Ramos |
| Michelle S Cosgrove | 06/13/2005 | 051531159313  RENAUD-RIVERA, JACQUELINE |
| Judy A Lork | 06/13/2005 | 051541553593    KINNEY, DAVID T. |
| Katrina A Morse | 06/13/2005 | 04 ext letter for William Laufer 051051807073 |
| Errol A Kelly | 06/13/2005 | 051051807073  LAUFER, WILLIAM |
| Stephen P. Schneider | 06/13/2005 | Re: Matt Ramos |
| Matthew X Ramos | 06/13/2005 | NALLY, THOMAS A. 051521819443 |
| Michelle S Cosgrove | 06/13/2005 | Re: 051531159313  RENAUD-RIVERA, JACQUELINE |
| Nancy L Wixom | 06/13/2005 | 051461732543  PASTERNAK, MICHAEL L |
| Marianne Santos | 06/13/2005 | Re: apt. upstairs |
| Costena W Walker | 06/14/2005 | 051531047383 |
| Raymond J Pettine | 06/14/2005 | Re: NALLY, THOMAS A. 051521819443 |
| Jamie Dimon | 06/14/2005 | Goodbye for now |
| Costena W Walker | 06/14/2005 | 051531047383 CAMELLITI, FRANK |
| Costena W Walker | 06/14/2005 | Re: Need Outstanding Docs for CAMELLITI, FRANK  # 051531047383 |
| Patricia N Nadiak | 06/14/2005 | lien payoff for William Laufer |
| William L. Dreitlein | 06/14/2005 | max out to 500k >80%LTV |
| John J Lauria | 06/14/2005 | 05113134732  ST. GERMAIN, RONALD |
| Diana M Czuchta | 06/14/2005 | AMEY, RANDALL L |
| Herbert E Gregory Iii | 06/14/2005 | Hey Herb |
| Susan X Pinsky | 06/14/2005 | test |
| Herbert E Gregory Iii | 06/14/2005 | Re: Hey Herb |
| Marianne Santos | 06/14/2005 | Re: apt. upstairs |
| Elizabeth J Paul | 06/14/2005 | VACHON-MARRIOTT, PEGGY    051462231263 |
| lisa c colella | 06/14/2005 | 051521719063 |
| Elizabeth J Paul | 06/14/2005 | Re: VACHON-MARRIOTT, PEGGY     051462231263 |
| susan.pinsky | 06/14/2005 | Re: Leave of Absence |
| susan.pinsky | 06/14/2005 | Re: standing desk |
| susan.pinsky | 06/14/2005 | Re: Standing Desk |
| susan.pinsky | 06/14/2005 | Re: Standing Desk |
| susan.pinsky | 06/14/2005 | Re: Standing Desk |
| dorothy m breedlove | 06/14/2005 | fax # Please |
| Kanwal Kumar | 06/14/2005 | Bill Laufer |
| susan.pinsky | 06/14/2005 | Re: Standing Desk |
| susan.pinsky | 06/14/2005 | Re: Standing Desk |
| susan.pinsky | 06/14/2005 | Re: Standing Desk |

| Who | Date | Subject |
|---|---|---|
| ✉ susan.pinsky | 06/14/2005 | Standing Desk |
| ✉ Matthew X Ramos | 06/14/2005 | 📧 Re: Income Docs for  GUTTMAN, SAMUEL  051131354483 |
| ✉ Michelle S Cosgrove | 06/14/2005 | 051531127043    KLAGSBRUN, ELIYAHU M. |
| ✉ John J Lauria | 06/14/2005 | Re: fax # Please |
| ✉ Kanwal Kumar | 06/14/2005 | Re: 051462231263     APPL  VACHON-MARRIOTT, PEGGY  1601 JOHNSON AVE ᵢ |
| ✉ Kanwal Kumar | 06/14/2005 | Re: 051540943073    PERCIA, JULIE |
| ✉ Michelle S Cosgrove | 06/14/2005 | Re: 051531127043    KLAGSBRUN, ELIYAHU M. |
| ✉ Kanwal Kumar | 06/14/2005 | Re: 051571817153 |
| ✉ susan.pinsky | 06/14/2005 | 🖉 |
| ✉ Kanwal Kumar | 06/14/2005 | Re: 051221542473 |
| ✉ Costena W Walker | 06/14/2005 | Re: Need Outstanding Docs for CAMELLITI, FRANK  # 051531047383 |
| ✉ Luis Nin | 06/14/2005 | Re: Need Outstanding Docs for CAMELLITI, FRANK  # 051531047383 |
| ✉ Keith Swanson | 06/14/2005 | 🖉 Applicatoin list |
| ✉ Kanwal Kumar | 06/23/2005 | Reactivate HELOC application |
| ✉ Jennifer Reed | 06/23/2005 | Re: write to me please :) |

**Defendant's Reply Exhibit 2**



# Severance Processing Qs&As
## *For Human Resources Use Only*

**February, 2007**

**Q15  If the employee receives a notice letter and then goes on a leave of absence, is the employee still eligible to receive severance pay benefits?**
The notice period will continue while the employee is on a leave of absence.  If while on leave the 60-day notice period has been exhausted, the employee will remain on leave until the end of the approved leave. At the end of the leave (including those who are released from LTD), the employee will be terminated with severance provided the employee has executed the Release.

**Defendant's Reply Exhibit 3**



# Severance Processing Qs&As
*For Human Resources Use Only*

**February, 2008**

**Q15  If the employee receives a notice letter and then goes on a leave of absence, is the employee still eligible to receive severance pay benefits?**

The notice period will continue while the employee is on a leave of absence.  If while on leave the 60-day notice period has been exhausted, the employee will remain on leave until the end of the approved leave. At the end of the leave (including those who are released from LTD), the employee will be terminated with severance provided the employee has executed the Release.

**Defendant's Reply Exhibit 4**

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD

## EMPLOYEE'S CLAIM FOR COMPENSATION

**IMPORTANT: Your Social Security Number Must Be Entered:**
**IMPORTANTE: El Numero de su Seguro Social Debe Ser Indicado:**
5 3 8 9 4 7 4 6 5

ANSWER ALL QUESTIONS
FULLY - PRINT OR TYPE
CLEARLY

WCB Case No. (If known) 00546844    Carrier Case No. (if known) WC205-302350

| | |
|---|---|
| **A.** Injured person | 1. Name: *Susan* First Name / Middle Name / Last Name *Pinsky* |
| | 2. Mailing Address: *153 Garfield Pl Apt 2L Brooklyn NY 11215* Number and Street (include Apartment No.) / City / State / Zip Code. |
| | 3. Sex ☐ Male ☑ Female   Date of Birth *07/17/68*   Telephone No. (917) 676-8556 |
| | 4. Do you speak English? ☑ Yes ☐ No   If no, what language do you speak?............. |
| | 5. Name of union and local number, if member............... |
| | 6. State what your regular work/occupation was. *Home Equity Loan Officer* |
| | 7. Wages or average earnings per day, including overtime, board, rent and other allowances............. |
| | 8. Were you paid full wages for the day of injury? ☑ Yes ☐ No |
| | 9. Your work week at time of injury was: ☑ Five day ☐ Six day ☐ Seven day ☐ Other............. |
| **B.** Employer(s) | 1. Employer *JP Morgan Chase* Telephone No.: ( ) |
| | 2. Employer's Address *52 Wall St NY NY* |
| | 3. Were you employed by any other employer or employers at the time of your injury/illness? ☐ Yes ☑ No |
| | 4. If yes, did you lose time from work at this other employment as a result of your injury/illness? ☐ Yes ☑ No |
| **C.** Place/Time | 1. Address where injury occurred *Chase Bank, 27th & Park* County *New York* |
| | 2. Date of Injury *Dec 2005* at ........o'clock. ☐ AM ☐ PM |
| **D.** The Injury | 1. How did injury/illness occur? *From extensive sitting 10-12hrs a day bending at this winster to work on a computer and phone* |
| **E.** Nature and Extent of Injury/Illness | 1. State fully the nature of your injury/illness, including all parts of body injured. *tear any cyst in lining of left hip. Lower back problem effect bulging disc* |
| | 2. Date you stopped work because of this injury/illness? *June 10th 2005* |
| | 3. Have you returned to work? ☐ Yes ☑ No   If yes, on what date? |
| | 4. Does injury/illness keep you from working? ☑ Yes ☐ No |
| | 5. Have you done any work during period of disability? ☐ Yes ☑ No |
| | 6. Have you received any wages since your injury/illness? ☐ Yes ☑ No |
| **F.** Medical Benefits | 1. Did you receive or are you now receiving medical care? ☑ Yes ☐ No |
| | 2. Are you now in need of medical care? ☑ Yes ☐ No |
| | 3. Name of attending doctor. *Dr. Brian Nestor  Dr. David Mayman* |
| | Doctor's address............. |
| | 4. If you were in a hospital, give the dates hospitalized. *Scheduled for surgery Feb 8th 05* |
| | Name of hospital *Hospital for special surgery* |
| | Hospital's Address *535 East 70 st NY NY* |
| **G.** Comp. Payments | 1. Have you received or are you now receiving workers' compensation payments for the injury reported above? ☐ Yes ☑ No |
| | 2. Do you claim further workers' compensation payments? ☐ Yes ☐ No |
| **H.** Notice | 1. Have you given your employer (or supervisor) notice of injury? ☑ Yes ☐ No |
| | 2. If yes, notice was given ☑ orally ☐ in writing, on *02/05* to *Barbara Zimmer* |

I hereby present my claim to the Chair, Workers' Compensation Board, for compensation for disability resulting from an accidental injury or occupational disease arising out of and in the course of my employment and not occasioned by my willful intention or solely through intoxication, and in support of it I make the foregoing statement of facts.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD PRESENTS, CAUSES TO BE PRESENTED, OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED, BY AN INSURER, OR SELF INSURER, ANY INFORMATION CONTAINING ANY FALSE MATERIAL STATEMENT OR CONCEALS ANY MATERIAL FACT SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

Signed by............................ (Claimant)    Dated *Dec 1st 2005*

SEE OTHER SIDE FOR IMPORTANT INFORMATION - VEASE AL DORSO PARA INFORMACION DE IMPORTANCIA

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.
LA JUNTA DE COMPENSACION OBRERA EMPLEA Y SIRVE A PERSONAS INCAPACITADAS SIN DISCRIMINAR.

C-3 (2-04)    www.wcb.state.ny.us

**Defendant's Reply Exhibit 5**

LAST NAME: Pinsky    FIRST: Susan    CASE #: 582    REFERRED BY: Book    DATE OF BIRTH: 7/17/68

ADDRESS: 241 3rd Ave NYC 10003

M.O.P.    C    W    PI    M

DIAG: ⓇSI sprain strain. W/ASSOC MM

REC:    Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

THERAPY    PIC

DATE    D    MOS = CF    917 676 8556
212 477-4481
212 638-1958

| DATE MO.DAY/YR | CDE | AMT | CDS | AMT | CDE | AMT | CDT |
|---|---|---|---|---|---|---|---|
| 4/12/04 | B | | E | | J | | LTE |

| | MO.DAY/YR | CODE | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 4/19/04 | EJON | 31 | | | | |
| 2 | 4/13/04 | EJON | 32 | | | | |
| 3 | 4/16/04 | EJON | 33 | | | | |
| 4 | 4/19/04 | EJLN | 34 | | | | |
| 5 | 4/22/04 | EJLN | 35 | | | | |
| 6 | 4/28/04 | EJLN | 36 | | | | |
| 7 | 5/4/04 | EJLN | 37 | | | | |
| 8 | 5/10/04 | EJCN | 38 | | | | |
| 9 | 6/10/04 | EJLN | 39 | | | | |
| 10 | 2/1/05 | (R)E | 40 | | | | |
| 11 | 2/25/05 | EJL | 41 | | | | |
| 12 | 3/2/05 | EJL | 42 | | | | |
| 13 | 3/9/05 | EJL | 43 | | | | |
| 14 | 3/11/05 | EJL | 44 | | | | |
| 15 | 3/16/05 | EJL | 45 | | | | |
| 16 | 3/24/05 | EJL | 46 | | | | |
| 17 | 6/9/05 | EJON | 47 | | | | |
| 18 | 7/18/05 | EJN | 48 | | | | |

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

PROGRESS

4/12/04 see exam, P US Ⓡ, fCE  ST well
(LTr) & Glut med , QL's Ⓡ SI PI
Blocked  L5/S1. no B SacAM. mm 4/19

4/14/04 DIC "In Exam Today while "trying to
touch my toes" (forward bend) stating as
I PLt, Hm Ⓡ US (1o?, ¼ SM L¹) 2o IS LeLt),
Mt S , Nmm (cl QL); Tm, RPI CM

4/15/04 no Δ; CAT II Ⓡ Ⓡ lower Ⓒ short, L BOAS
Release, ICE US (2o?, ¼ SM C⁰) to Ⓔ IV, SI,
MOB, RPI  CM

4/16/04 CAT II stable; flex pos/Hm/US (1o?, 1.5 sLⁱ
tops lumb Mt S, Tm, TSCⒷ, Sac MOB;
B L PSOAS Release, CT A (SM)

4/19/04 Sig improvement since last Apt, Ptn to
return to work tomorrow (4/20); flex pos
Hm/FE (Lumb Mt's, 15-80-150H); Nmt (ICE
PSOAS), Tm, SIJ MOB B/L, CAS, CM

4/22/04 contd'Progress; still tight w/ Ⓡ (tops Gluts
Ptn. going to Gym tom?; advised "very light
work-out; to start w/ no LE exam; 4o Hm
in bearing exam - more CV; tT upon Board
flex pos/Hm/FE (Lumb5, Cl15); Nmt (st
same); Tm; TS TⒷ, TⓈCⒷ; SIJ MOB; RPI
EJM

4/28/04 exac of Ⓡ Glut ptn; in connective poss/Bl
related to extended periods sitting in
office (non-ergo) chair; flex pos/Hm, FE
(Cl15, 15-8-150H), Nmm Ⓡ Glut Nⓔ?(mt
Tm; TS-6Ⓑ, Sac (SIJ MOB, CAS; CM Ⓡ

5/4/04 Ⓡ Glut ptn passists; I PLt, Hm/FE

PATIENT'S NAME: SUSAN Rinsky    REFERRED BY: _____

CHIEF COMPLAINT: strained muscle in (R) at points to (R) SI & glut area yesterday exercising tight for a while exercise @ gym tight for too days then felt shoot in hip can't bend doing pullups @ tried felt it during stretching but still felt tight

now cant flex forward or to the side

tried Naprosin & cyclobenzine it works,

previous episode but in upper back,

chiro previously

VIT - 2 multi, omega, pro acidophilus,

mm - leg (R) 5m
all 5/5   (R) quad caused (R) SI in

PREV CHIROPRACTIC CARE:
ACCIDENTS: FALLS:

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

SURGERY? MEDICATION? X-RAYS?

OTHER HEALTH PROBLEMS:
FAMILY ILLNESS?

Headache, Vertigo,
Sensory, Eyes, Loss of
Memory & Concentra-
tion, Depression,
Decreased Energy,
Buzzing/Ringing, Low
Resistance

## CHIROPRACTIC EXAMINATION

| Posture Analysis | L | R |
| --- | --- | --- |
| Head Tilt | | |
| Ear High on | | |
| Apparent Cervical Curvature | | |
| Cervical Muscle Tension | | |
| Shoulder High on | | |
| Apparent Thoracic Curvature | | |
| Thoracic Muscle Tension | | |
| Apparent Lumbar Curvature | | |
| Lumbar Muscle Tension | | |
| Pelvis High on | | |

L___  R ☑ HANDED

1. DYN _____
2. DYN _____
3. DYN _____

Height _____
Weight _____

Double Scale:
1. Total ____ L ____ R
2. Total ____ L ____ R
SR

L4 Derm (R) Leg not tingly then (R)Sym.
other wNL (R)Sym.



| DATE | 1 | 2 | 3 | 4 |
| --- | --- | --- | --- | --- |
| Standing | | | | |
| Cervical Range of Motion | | | | |
| Flex 45° | | | | |
| Ext 45° | | | | |
| LB 45° | | | | |
| RB | | | | |
| LLF | | | | |
| RLF 45° | | | | |
| RCT L | | | | |
| RCT R | | | | |

Lumbar Range of Motion

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Flex 90° | 70 oxyflin (R) SI (L) GN* | | | |
| Ext 30° | 30 | | | |
| LB 30° | 30 NTUS as much | | | |
| RB 30° | 30 pain | | | |
| LLF 30° | 70 pain right away | | | |
| RLF | | | | |
| Toe W (L) | | | | |
| Heel W (L/R) | | | | |
| Kemp's | | | | |
| Heel/Standing | | | | |
| Braggard's | neg | | | |
| Kemp's L | (R) SI | | | |
| Kemp's R | | | | |
| SLR's | | | | |
| % Percussion | | | | |
| Prone | | | | |
| DKR | | | | |
| Yeoman's | | | | |
| Shoulder | | | | |
| Dugas's | | | | |
| Yergason's | | | | |
| Apley's | | | | |

X-Ray Views Desired: _____ Lateral Ext Flex
Cervical Series        AP R/LEFT Oblique
Thoracic  AP Lateral Other
Lumbar AP Lateral R/LEFT Oblique

| DATE | 1 | 2 | 3 | 4 |
| --- | --- | --- | --- | --- |
| Supine | can't put (R) flex feels less stand. | | | |
| Laseque's L | | | | |
| Laseque's R | | | | |
| Psoas | | | | |
| Pat Fab L | | | | |
| Pat Fab R | | | | |
| Braggard's L | | | | |
| Braggard's R | | | | |
| Soto Hall | | | | |
| Jerk Test | | | | |
| Linders | | | | |
| Gaenslens L | | | | |
| Gaenslens R | | | | |
| Sitting | | | | |
| BP | | | | |
| Pulse | | | | |
| Heart | | | | |
| Lungs | | | | |
| Deep Reflexes | | | | |
| Triceps | | | | |
| Patella | +1 | | +1 | |
| Biceps | | | | |
| Achilles | +1 | | +1 | |
| Wrist | | | | |
| Hoffman | | | | |
| Oppenheim | | | | |
| Gordon & Cho | | | | |
| Babinski | | | | |
| Dig. & Spout | | | | |
| SENSORY EXAM: | | | | |
| Hypoesthesia | | | | |
| Hyperesthesia | | | | |
| Paresthesia area | | | | |
| KNEE EXAM: | | | | |
| McMurray | | | | |
| Ant. Drawer sign | | | | |
| Post. Drawer sign | | | | |
| Lat. Stability | | | | |

**TREATMENT RECORD**

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

Patient's Name: SUSAN PINSKY

| MO. | DAY | YR. | PROGRESS CHART/DAILY RECORD | TREATMENT PROVIDED/SPECIFIC BODY AREA |
|-----|-----|-----|----------------------------|----------------------------------------|
| 5 | 10 | 04 | SIG RELIEF SINCE LAST ADJ. | I/RFP, HP/IFC (LB,15-80-150W) NMT (QLS/ICLS); TM; G-6 (P); T/O (P). RPI; CM (80 |
| 6 | 10 | 04 | SOME LBP AFTER WORKING OUT AT GYM W/ADDUCTOR MACH. | I/RFP, HP/IFC (LB,15-80-150W) NMT (R) GLUS, TFL); TM; TFL; RPI; CTM; (80 |
| 2 | 17 | 05 | ACUTE LBP MYOSPASM EXAC'D BY EXTENDED PERIODS OF F STNDNG | II/RFP, ICE/US (US 50, STI 20%, 1.5 w/c); TM, SIJ MOB; LAS/RPI; CTM; B/L PSOAS REL'ST |
| 2 | 23 | 05 | SIG IMPROVEMENT | I/RFP, HP/IFC (LB,15-80-150W), TM; SIJ MOB B/L; CM |
| 3 | 2 | 05 | DOING WELL. | I/RFP, HP/IFC (LB,15-80-250W) TM; SIJ MOB B/L; NMT (R) ICL); CTM (80 |
| 3 | 9 | 05 | DISCHARGED | I/RFP, HP/IFC (LB,15-80-150W) TM; T3-(P). LAS; CM; C2 (R) C3-6 (R); 80 |
| 3 | 11 | 05 | SUDDEN ONSET OF ACUTE BACK PAIN AFTER SITTING IN POOR SEATING LAST NIGHT | I/RFP, HP/IFC (LB,15-80-150W) TM, SIJ MOB B/L, RPI LAS; CTM; 80 |
| 3 | 14 | 05 | IMPROVING, BUT STILL SYMPTOMATIC | I/RFP, HP/IFC (LB,15-80-150W) TM; RPI/LAS; CM; C2-6 (R); C2 (M); 80 |
| 3 | 31 | 05 | LBP | I/RFP, HP/IFC (LB,15-80-150W) TM; T/O; RPI; CM; (M); 80 |
| 6 | 9 | 05 | RTN HAND MRI W/O R/O HNP OF L5-S, W/CENTRAL DISC PROTRUSION, BUT NO NV. COMPR. C/W LONG STANDING LBP, P/ RT DOM. ON (L) SIDE. | I/ (80) FLX/POS/ICE US (20%, 1.5 w/c) TO PS (US ROTATION, TM, NMT (PS GLUS LAS); ACTIVATOR TO G; CTM (80 |
| 7 | 18 | 05 | (L) HIP/GROIN PAIN "TIGHT" "PAINFUL"; EXAC'D BY SITTING > 15 MIN @ ONE TIME, RTN TO SEE PHYSIATRIST NEXT WK. | (L) TROCH BURSA TENDER TO DIGITAL PRESSURE (LT), ICE/US (20%, 1.25W) TO (L) TROCH BURSA; TM; SIJ MOB B/L CTM (80; ICE/REST; RTN ASKED ABOUT NSAID |

SUSAN PINSKY

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

| DATE | | | PROGRESS CHART/DAILY RECORD | TREATMENT PROVIDED/SPECIFIC BODY AREA |
|------|-----|-----|---|---|
| MO. | DAY | YR. | | |
| 8 | 15 | 05 | LBP 2° TO BULGING DISC AT | FLEX POS | ICE | US (20/ 1.5/↑ |
| | | | L5-S, LEVEL; PTN TO SEE | TO L/S SP; MOO'D FLEX/DIST (3X5) |
| | | | SPECIALIST @ HSS FOR CONSULT | TO L/S JNCT; TM. |
| | | | ON (L) HIP PAIN; | |
| 6 | 29 | 07 | PTN. HAD SURGICAL REPAIR OF (L) | II/R/t; ICE/US 20/ .5 w/↑ Eg |
| | | | HIP 4/6/07 (OSTEOPHYTE, CYST, LABRAL | L/S SP; TM; SAC/SI, JR OS Ⓢ |
| | | | TEAR); LBP | |
| 7 | 18 | 07 | LBP | II/R/t; ICE/US (20/ .5 w/↑) TO L/S |
| | | | | SP; TM; SAC/SI, J RO S Ⓢ |



### Magnetic Resonance Imaging
### 530 First Avenue
### New York, NY 10016



**Reports:** (212) 263-7055    **Phone:** (212) 263-7195
**Fax:** (212) 263-4186    **Appointments:** (212) 263-8868

REUBEN INGBER, MD (LEX AVE)                **Re:** Pinsky, Susan
285 LEXINGTON AVENUE #2
NEW YORK, NY  10016                         DOB: 17-Jul-1968
                                            Dept No: D05013400
                                            Acc: 2871178
                                            DOS: 3-Jun-2005

Dear Doctor :

The following is a radiologic consultation on your patient:

MRI LUMBAR SPINE W/O CONTRAST/NI      Completed on: 3-Jun-2005

Clinical history: low back pain.

Sagittal and axial T1 weighted and T2 weighted images were
obtained.

The osseous structures are intact without evidence of fracture or
dislocation.  The alignment is normal.  There is loss of disc
signal at L5-S1 with a bulge and a central disc protrusion.  There
is no thecal sac compression.  The remaining disc space levels
show no evidence of bulge or herniation.  There is no soft tissue
mass or conus abnormality.

Impression:

Degenerative change at L5-S1 with a central disc protrusion.

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

Thank you for referring this patient for consultation.

                          Sincerely yours,

                          ANDREW LITT, MD

T09:MI  3-Jun-2005                    This report has been
                                      electronically signed
Finalized on: 3-Jun-2005 /MI

**Defendant's Reply Exhibit 6**

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515



## CERTIFICATION OF HEALTH CARE PROVIDER

**Section I. This form is to be used for an employee's illness or injury of less than eight calendar days and for family illnesses.**

| Employee's Name: (First, M.I., Last) | | GID No. | Hire Date: | Cost Center No. |
|---|---|---|---|---|
| Susan X Pinsky | | U474707 | 10/02 | 0008 |
| Job Title Home Equity Loan Officer | Department: Chase Home Finance | Location 386 Park Ave. South | Telephone No. 212-481-0612 | |
| Manager's Name Anthony Daperis | | Location 1 CMP | Telephone No. 212-552-7213 | |
| HR Generalist's Name: Burton Smallwood | | LOCATION: 343 Thornall St. 8fl. Edison, NJ 08837 | Telephone No. 732-205-8502 | |

Reason For Leave:
Streched right side of
Sacrum Iliac

Authorization and Release:

I authorize the physician or health care provider to release the information requested below to J.P. Morgan Chase. I also authorize J.P. Morgan Chase's Health Services professional to contact the physician or health care provider to clarify and/or verify the medical certification.

_____          _____
       Employee's Signature                                     Date

**Section II. To be Completed by Health Care Provider and updated upon request.**

Patient's Name: (Please indicate full name.)

MS. SUSAN PINSKY

If patient is a family member of the employee, indicate the patient's relationship to the employee.

☐ Parent   ☐ Spouse   ☐ Child   ☐ Other _____

_____
indicate relationship if Other is checked

The attached sheet describes what is meant by a "serious health condition" under the Family and Medical Leave Act. Does the patient's condition qualify under any of the categories described? If so, please check the applicable category:

(1)_____  (2)_____  (3)_____  (4)_____  (5)_____  (6)_____; or None of the Above _____.

**Describe the medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories.

PTN. HAD ACUTE LBP/MYOSPASM 2° TO AWTE SPRAIN OF THE RIGHT SACROILIAC JNT. SHE WAS ADVISED TO REMAIN AT HOME AND SEEK BEDREST TO AVOID WORSENING/FURTHER INJURY & AID IN HER RECOVERY

Specify Date Condition First Began:

4/11/04

Probable Duration of Condition or Present Incapacity (if different):

4/30/04
*(Specify End Date)*

*Susan Pinsky*

| Is inpatient hospitalization of the patient required? | ☑ No | ☐ Yes | From:_____ To:_____ |

Stephen S. Weinberg, DC
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

*Susan Pinsky*

Stephen S. Weinberg
50 Lexington Ave., Suite LL3
New York, NY 10010
(212) 995-1515

**Treatment Prescribed** (Indicate time frame during which the patient will be under supervision, including a schedule of visits, medications prescribed, the general nature and duration of treatment and referrals to other providers of health services.)

Estimated or Actual Number of Treatments: _____ *12* _____     Intervals Between Treatments: _*1-2 DAYS INITIALLY*_

Dates of Treatment: _*4/12,14,15,16,19,22,28/04; 5/4/04*_   Recovery Period After Treatment: _*1-2 MOS.*_

---

**Section III.  To be completed by Health Care Provider if patient is the employee.**

Specify the first date employee was unable to work: _____*9/12/04*_____

Specify the date employee will be able to perform the functions of his or her position (Please answer after discussing with the employee the essential functions and work schedule of the position held.) _*9/20/04*_

If it is necessary for the employee to work intermittently or less than full schedule as a result of the condition, please give specifics and duration: *MIGHT NECESSARY FOR PTN. TO WORK INTERMITTENTLY AFTER RETURNING TO WORK ON 9/20/04 FOR UP TO 1 WEEK.*

Specify any other work restrictions that are medically necessary: *NO PROLONGED SITTING; PTN. SHOULD BE GIVEN ERGONOMICALLY CORRECT CHAIR.*

Specify how long these restrictions will be required: _*UP TO 1 MONTH*_

---

**Section IV.       To be completed by Health Care Provider if patient is the employee's parent, spouse, child or other immediate family member.**

After review of the employee's signed statement in Section I regarding "Reason for Leave", advise if the employee's presence is necessary or whether it would be beneficial for the care of the patient?  (This may include psychological comfort.)

*N/A*

Specify dates employee's presence is needed to care for the patient:     From: _____   To: _____

Specify dates your patient is unable to work, attend school or perform other regular activities:
From: _____   To: _____

If the patient will need care intermittently or on a part-time basis, please indicate probable duration of this need:
From: _____   To: _____

---

**Section V.      To be completed by Health Care Provider.**

Physician's or Practitioner's Name: *DR STEPHEN WEINBERG*                Physician's or Practitioner's Signature: *Dr SX...*

Address: *160 3d AVE #1C NY NY 10003*                Telephone No. *(212) 995-1515.*

License No.: *NY X005201*     Date: *5/9/04*     Type of Practice:  (Field of Specification, if any) *CHIROPRACTIC*

---

**Completed form should be sent to the J.P. Morgan Chase Health Services location indicated on Page 4 within 15 days of the time the certification is requested.  Medical Certification may need to be renewed upon request to support the continued need for time off.**

- 3 -

**Defendant's Reply Exhibit 7**

# Standing desk

*You can support Wikipedia by making a tax-deductible donation.*

From Wikipedia, the free encyclopedia

A **standing desk** is both an antique desk and a modern desk form conceived for writing and/or reading while standing up or while sitting on a high stool. The term stand-up or stand up desk is also used. Standing desks were popular in the homes and offices of the rich, during the 18th century and much of the 19th.

While most modern desks are 30 inches (76 cm.) high and most antique desks 29 inches high (73.7 cm), there is no such average for standing desks. Users of a "sitting desk" are fairly immobile so it is relatively easy to adjust the height of a seat to compensate for variations in the individual height of the users. Users of a standing desk move around a bit more, so it is not practical to have them stand on a small pedestal or some other object. Thus, standing desks tend to vary greatly in height.

It was common in the past to have a standing desk made to measure to the height of the user, since only the rich could afford desks. One way to go around this problem a bit, when one had many users for a single desk, was to give an angle or slant to the writing surface, as was common on the typical drawing table. The other alternative, to produce a desk with adjustable legs, was less popular, but it was frequent enough to give birth to a precise desk form, the "table à tronchin" or "table à la tronchin".

The modern solution is presently found in the ergonomic standing desk, which can be adjusted to the height of most standing persons, and offers other possible adjusments, as is the case for a typical ergonomic desk.



Former U.S. Secretary of Defense Donald H. Rumsfeld works at a standing desk

Manufacturers of fixed height standing desks and ergonomic standing desks point to several studies showing reduced back injuries or less back pain for the users of standing desks.

Most standing desks have an open frame with few or little drawers, and a footrail (similar to those seen at a bar) to reduce back pain. It is more practical to make a hinged desktop which can be lifted to give access to a small cabinet placed underneath it, despite the problems this layout can cause to objects left on it. This way the user can store or retrieve papers and writing implements without bending or standing back from the desk.

There are many specialized standing desks such as certain variations of the telephone desk and certain types of wall mounted desks.

## See also

- List of desk forms and types

## References

- Charron, Andy. Desks: Outstanding Projects from America's Best Craftsmen. Taunton press, 2000. pp. 108-123.
- Moser, Thomas. Measured Shop Drawings for American Furniture. New York: Sterling Publlishing Inc., 1985.

Retrieved from "http://en.wikipedia.org/wiki/Standing_desk"
Categories: Desks

- This page was last modified on 9 February 2008, at 21:32.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

**Defendant's Reply Exhibit 8**



# ABLEDATA
**Your source for assistive technology information**

Search    Advanced Search

**Products      Resources      Library      Consumer Forum      About ABLEDATA**

## STAND-UP DESK

The Stand-Up Desk is a computer
work station designed for individuals
who stand at a workstation. This desk
has a scratch-resistant work surface
with a smooth, rounded solid oak
front edge and an oak chair rail,
which prevents hardware from sliding
off. It features a hinged flip-top door
that runs the full length of the work
surface for access to the cable
managment system and one standard
shelf that can be positioned even with
the modesty panel bottom or 12.5
inches off the floor. OPTIONS:
Additional shelf. DIMENSIONS: Fixed
desk height is 38 inches. Desks
available in either 36 or 44 inches
wide and 30 inches dep. COLORS:
Oak and putty.



**Notes:**

**Price:** Contact Manufacturer.
**Price date:** MAY 2006.

**This product is available from:**

**Manufacturer:**

Spectrum Industries Inc.
1600 Johnson Street, PO Box 400
Chippewa Falls, Wisconsin 54729
United States
Telephone: 800-235-1262.
Fax: 800-335-0473 Fax.
Web:
http://www.spectrumfurniture.com.
Email:
spectrum@spectrumfurniture.com.

The records in ABLEDATA are
provided for information purposes

**Submit Consumer Content**
⁑ Review this product.

only. Neither the U.S. Department of Education nor Macro International Inc. has examined, reviewed, or tested any product, device, or information contained in ABLEDATA. The Department and Macro International Inc. make no endorsement, representation, or warranty express or implied as to any product, device, or information set forth in ABLEDATA. The views expressed on this site do not necessarily represent the opinions of the Department of Education, the National Institute on Disability and Rehabilitation Research, or Macro International Inc.

**See Related Products**

- Raised Desk (2)
- Computer Work Center (34)



ABLEDATA, 8630 Fenton Street, Suite 930, Silver Spring, MD 20910. 1-800-227-0216.
Maintained for the National Institute on Disability and Rehabilitation Research of the U.S. Dept. of Education by Macro International Inc. under Contract No. ED-02-CO-0038.



The records in ABLEDATA are provided for information purposes only. Neither the U.S. Department of Education nor Macro International Inc. has examined, reviewed, or tested any product, device, or information contained in ABLEDATA. The Department and Macro International Inc. make no endorsement, representation, or warranty express or implied as to any product, device, or information set forth in ABLEDATA. The views expressed on this site do not necessarily represent the opinions of the Department of Education, the National Institute on Disability and Rehabilitation Research, or Macro International Inc.