UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN PINSKY,   :

                Plaintiff,   :

    - against -   :

JP MORGAN CHASE & CO.,   :

                Defendant.   :

------------------------------------------------------------X

ECF

07 Civ. 3328 (CM) (HP)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008 I caused a copy of the following documents:

**AFFIDAVITS OF FREDERIC L. LIEBERMAN and
MELISSA CELSO**

and

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

to be served by Federal Express overnight delivery directed to the attorney of plaintiff at the following address:

      Arthur Z. Schwartz, Esq.
      Schwartz, Lichten & Bright, P.C.
      275 Seventh Avenue, Suite 1700
      New York, New York 10001

Dated: New York, New York
       July 18, 2008

                                              Frederic L. Lieberman (FL 9454)

163400:v1