# JPMorganChase

**JPMorgan Chase & Co.**
Legal and Compliance Department
One Chase Manhattan Plaza
New York, NY 10081

Frederic L. Lieberman, Esq.
Vice President and
Assistant General Counsel
(212) 552-1815
(Fax) 552-1630

**MEMO ENDORSED**

August 5, 2008

<u>Via facsimile (212) 805-6326</u>

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

8/5/08
The Court will decide the motion on the papers submitted without reference to any sur-reply papers.

[signature: Colleen McMahon]

Re: Susan Pinsky v. JP Morgan Chase & Co.
(U.S. Dist. Ct., S.D.N.Y., 07 Civ. 3328 (CM) (HP))

Your Honor:

I have received a copy of the August 1, 2008 letter to Your Honor from Plaintiff's counsel regarding the photographs previously submitted by Plaintiff in opposition to Defendant's motion for summary judgment in the above-entitled action. Counsel's letter should be rejected because it is an unauthorized sur-reply and because it asserts facts of which the writer admittedly has no personal knowledge.

Should the Court choose to consider Plaintiff's submission, whether in letter or affidavit form, Defendant respectfully requests permission to submit its own brief sur-reply to address the point raised by Plaintiff and also to submit product information regarding the adjustability of the chair that we did not receive until after submission of Defendant's reply papers.

Respectfully,

[signature: Frederic L. Lieberman]

FLL
cc: The Honorable Henry Pitman
Arthur Z. Schwartz, Esq. (via facsimile)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08
```