UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SUSAN PINSKY,

       Plaintiff,

    -against-                                             07 Civ. 3328 (CM)(HP)

JP MORGAN CHASE & CO., et al.,

       Defendants.

------------------------------------------------------------x

## SCHEDULING ORDER

McMahon, J.:

    The only thing left in this case is to try the counterclaims.

    The trial is set for **Monday, November 17, 2008**

    The final pre-trial conference will be held on **Friday, October 24, 2008** at **2:00 PM**.

    At the final pre-trial conference, the court will finalize the witness list, rule on all objections to exhibits and admit all documentary evidence that will be used at trial.

    The parties are directed to revise the Pre-Trial Order to eliminate witnesses, exhibits and contentions that are no longer at issue by virtue of the dismissal of the complaint, and to submit a revised Pre-Trial Order no later than September 29, 2008.

Dated: September 11, 2008

                                                         _____
                                                                    U.S.D.J.

BY ECF TO ALL COUNSEL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/11/08
```